UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
--------------------------------------------------------x
TODD AKINS                                     :
      et al.,                                  :
                            Plaintiffs.        :
                                               :
            -against-                          :      Case No. 2017-cv-00675(BAH)
                                               :
ISLAMIC REPUBLIC OF IRAN, et al.               :
                                               :
                            Defendants.        :
--------------------------------------------------------x
```

DECLARATION OF PLAINTIFF TODD AKINS

Todd Akins declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Maryland. I am a plaintiff in this action.

3. I joined the Air Force in 1993, about a year and a half after finishing high school. I was trained as an F-15 avionics specialist and was serving at Eglin Air Force base in Florida in 1996 when I was assigned a tour of duty at Dharhan Air Force base in Saudi Arabia.. n 1996 I was serving a tour of duty in the United States Air Force and was stationed at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, I was housed at the Khobar Towers residential complex there.

4. On that date, I was getting ready for my night shift and sitting in front of the television in our living room while putting my boots on. I had just gotten one boot on when I felt myself thrown across the room and against the concrete wall about 15 or 20 feet away from where I had been sitting. I was dazed and confused, my hearing was muffled, and I had a sort of tunnel

1

vision, but my instinct was to try to get out. I checked my roommate who had been in bed and half-carried, half dragged him out into the hallway. We went down the stairs and there were a lot of people there who were bleeding and had pieces of glass sticking out of them. There was blood on the stairs and the walls. I made my way to a triage area that had been set up near the dining area and got some treatment there. I had some pieces of glass removed from parts of my body and got some initial stitches. There was glass sticking from my chin and neck area, some from another part of my head, some in my back, and some from my knee and calf. I saw some of my friends who were more severely wounded. One had glass in his eyes; some others looked like they were bleeding out. One man seemed to have no legs left.

5. My other injuries were to my back and knee from when I was thrown against the wall. I think I also had a concussion from the impact. When I returned to Eglin Air Force base they found and removed additional bits of glass that had been missed originally. Some of this is summarized in Exhibit A.

6. The psychological impact may have been greater. After I returned, I found that I was afraid of going out wherever there were a lot of people; unexpected noises made me startle and would cause flashbacks. I had to sit with my back to the wall if I went to a restaurant. I had mood swings. I became distant and withdrawn. Eventually my wife threatened to leave me unless I sought help, and it was then that I was diagnosed with PTSD. Exhibit B is a write up. I have been rated as 70 percent disabled. Exhibit C.

7. My neck and lower back still cause me a lot of pain on a day-to-day basis. Although I take pain medication regularly, my activities are limited. I am especially sorry that I can't play with my kids the way I would like to. This is because of both the physical limitations and also because of the PTSD. I remain withdrawn, although I am working on it. There are certain

2

triggers that make my symptoms worse, such as the time of year near the anniversary date, but I am pursuing treatment and counseling in a group setting and it is helping somewhat by making me more aware of the effects that my PTSD and mood swings have on others.

8. I suffered severe emotional distress in addition to my physical injuries as a result of the terrorist attack in 1996 and the death and devastation it caused.

9. I have continuing pain, some disability and limitations, and significant after-effects, both physical and psychological, as a result of being a victim of the terrorist attack that day

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Todd Akins

Executed on : June ___ .2017 2018

Exhibit A

Personal Data - Privacy Act of 1974 (PL 93-579)          Page 1

Automated Version of DA5008/USAF & USN SF600 Overprint

Telephone Consultation
----------------------

Printed Date: 31 Jul 96 @ 1043          Division: 96TH MEDICAL GROUP (AFMC

Clinic: ORTHOPEDICS

Provider: WILLIAMS,CHARLES D

Allergies:

Clerk's Note:
Clerk: SHELTON,EMMA J                                    31 Jul 96 @ 1038
TODD IS A SAUDI PATIENT.  HE WAS SEEN AND XRAYS WERE TAKEN FOR GLASS IN
FACE, HEAD,LEFT ARM AND LEG THEN HE WENT HOME ON CON LEAVE.  YOU CALLED AND
LEFT A MESSAGE FOR HIM TO BOOK APPT WITH YOU WHEN HE RETURNED.  YOUR FIRST
APPT IS AUG 14TH.  PT IS UNDER IMPRESSION YOU WANTED TO SEE HIM BEFORE THAT.
PHONE # 897-0393OR CELLULAR 240-8754.


Problem List:

Provider's Note:


*** END OF REPORT ***

Dr. Williams,
    I called the patient as you
directed and told him (on recorder) the Xrays
were negative. I left the message
on his recorder and made him
an appt at 1045 on 14 aug.

                                    J. Shelton
                                    31 aug 96

------------------------------------------------------------------------
AKINS,TODD M                        ███████████    USAF ACTIVE DUTY
DOB: ███████████████                               W: 883-4361 -
Spon: AKINS,TODD M                  Rank: AIRMAN FIRST CLASS
Unit: 0058 FIGHTER SQ               RR: OUTPATIENT RECORDS

Exhibit B



**DEPARTMENT OF VETERANS AFFAIRS**
**VA Regional Office**
Baltimore Regional Office
31 Hopkins Plaza
Baltimore, MD 21201



In Reply Refer To:  329/IPC/BSM
CSS ███████
AKINS, Todd M

**TODD M AKINS**
███████████████████████

Dear Mr. Akins:

We made a decision on your claim for service connected compensation received on April 25, 2012. This letter constitutes our decision based on all issues we understood to be specifically made, implied, or inferred in that claim.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## Your Award Amount and Payment Start Date

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason For Change |
|---|---|---|
| $1,622.00 | May 1, 2012 | Minor Child Adjustment, Compensation Rating Adjustment |
| 1,649.00 | Dec 1, 2012 | Cost of Living Adjustment |
| 1,587.00 | Apr 15, 2026 | Minor Child Adjustment: ███████ removed, turns 18 |
| 1,503.00 | Sep 6, 2029 | Minor Child Adjustment: ████ removed, turns 18 |

We are paying you as a veteran with 2 dependents. Your payment includes an additional amount for your children, █████████████ *Let us know right away if there is any change in the status of your dependents.*





2

CSS
Akins, Todd M

We couldn't pay for Free because there was inconsistent information concerning the date of your marriage. Please see the below section "Evidence We Need From You to Complete Your Claim for Dependents" for more information.

## You Can Expect Payment

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings. Thereafter, payment will be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

**Your payment will be directed to the financial institution and account number that you specified. To confirm when your payment was deposited, please contact that financial institution.**

> *If this account is no longer open,*
> please notify us immediately.

## What We Decided

> *Please see the enclosures for more information regarding the evidence considered and the evaluation assigned.*

We determined that the following condition was related to your military service, so service connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| Post traumatic stress disorder | 70% | Apr 25, 2012 |

Your receipt of a Purple Heart Decoration conceded combat exposure along with your description of in-service events is adequate to establish the occurrence of your claimed stressor and that claimed stressor is found to be consistent with the places, types, and circumstances of your military service. Your VA examiner has also related your claimed stressor to fear of hostile military or terrorist activity and linked your current PTSD symptoms to that stressor. As such, service connection for PTSD is warranted from the date we received your claim, April 25, 2012.

# EXHIBIT C

portion of the indicated level of occupational and social impairment
is attributable to each diagnosis:

If yes, list which portion of the indicated level of occupational and
social impairment is attributable to each diagnosis:

### SECTION II:

### Clinical Findings:

**1. Evidence review**

In order to provide an accurate medical opinion, the Veteran's claims folder
must be reviewed.

a. Records reviewed (check all that apply):
   [X] Claims folder (C-file):
      [X] Yes
      [ ] No

      If no, provide reason C-file was not reviewed:

   [ ] Other, please describe:
   [ ] No records were reviewed

b. Was pertinent information from collateral sources reviewed?
   [ ] Yes   [X] No

      If yes, describe:

**2. History**

a. Relevant Social/Marital/Family history (pre-military, military, and
   post-military):
   Married with three children.

b. Relevant Occupational and Educational history (pre-military, military, and
   post-military):
   Was active duty Air force for four years with a rank of E-4 and he
   served overseas in Saudi Arabia. He sustained blast injuries and
   orthopedic injuries when Khobar Towers in Saudi Arabia was destroyed by
   a terrorist attack. He received the Purple Heart and the stressor of
   trauma in this regard has been conceeded. He was fearful of his life
   during the event. Currently works for DOD at Pax River Naval Base.

c. Relevant Mental Health history, to include prescribed medications and
   family mental health (pre-military, military, and post-military):
   No prior Military mental health history. When he returned state-side
   in 1996, he noted, aside from his physical injuries, dreams of the
   event, intrusive thoughts, isolation, withdraawal, anger outbursts,
   irritability. He has not sought mental health treatment because of the
   stigma attached to it, however, his wife and family have noted a
   worsening of symtpoms in the last several years and he reports that
   anger and irritability with anxiety, social phobia, and agorophobia are
   the main symtpoms. These cause him to miss work several times a month
   becaue he cannot sleep and he has gotten into conflicts at the office
   because he is irritable.

d. Relevant Legal and Behavioral history (pre-military, military, and
   post-military):
   None.

e. Relevant Substance abuse history (pre-military, military, and
   post-military):
   No alcohol or drugs.

f. Sentinel Event(s) (other than stressors):
   Bombing in Saudi Arabia in 1996

g. Other, if any:

**3. Stressors**

The stressful event can be due to combat, personal trauma, other life
threatening situations (non-combat related stressors).

NOTE: For VA purposes, "fear of hostile military or terrorist activity" means
   that a veteran experienced, witnessed, or was confronted with an event
   or circumstance that involved actual or threatened death or serious
   injury, or a threat to the physical integrity of the veteran or others,
   such as from an actual or potential improvised explosive device;
   vehicle-imbedded explosive device; incoming artillery, rocket, or
   mortar fire; grenade; small arms fire, including suspected sniper fire;
   or attack upon friendly military aircraft, and the veteran's response
   to the event or circumstance involved a psychological or
   psycho-physiological state of fear, helplessness, or horror.

Describe one or more specific stressor event(s) the Veteran considers traumatic (may be pre-military, military, or post-military):

a. Stressor #1: Saudi Arabia bombing.

   Does this stressor meet Criterion A (i.e., is it adequate to support the diagnosis of PTSD)?
      [X] Yes  [ ] No

   Is the stressor related to the Veteran's fear of hostile military or terrorist activity?
      [X] Yes  [ ] No

         If no, explain:

b. Stressor #2:

   Does this stressor meet Criterion A (i.e., is it adequate to support the diagnosis of PTSD)?
      [ ] Yes  [ ] No

   Is the stressor related to the Veteran's fear of hostile military or terrorist activity?
      [ ] Yes  [ ] No

         If no, explain:

c. Stressor #3:

   Does this stressor meet Criterion A (i.e., is it adequate to support the diagnosis of PTSD)?
      [ ] Yes  [ ] No

   Is the stressor related to the Veteran's fear of hostile military or terrorist activity?
      [ ] Yes  [ ] No

         If no, explain:

d. Additional stressors: If additional stressors, describe (list using the above sequential format):

4. PTSD Diagnostic Criteria
-----------------------------

a. Please check criteria used for establishing the current PTSD diagnosis. The diagnostic criteria for PTSD, referred to as Criteria A-F, are from the Diagnostic and Statistical Manual of Mental Disorders, 4th edition (DSM-IV).

   Criterion A: The Veteran has been exposed to a traumatic event where both of the following were present:
      [X] The Veteran experienced, witnessed or was confronted with an event that involved actual or threatened death or serious injury, or a threat to the physical integrity of self or others.
      [X] The Veteran's response involved intense fear, helplessness or horror.
      [ ] No exposure to a traumatic event.

   Criterion B: The traumatic event is persistently reexperienced in 1 or more of the following ways:
      [X] Recurrent and distressing recollections of the event, including images, thoughts or perceptions
      [X] Recurrent distressing dreams of the event
      [ ] Acting or feeling as if the traumatic event were recurring; this includes a sense of reliving the experience, illusions, hallucinations and dissociative flashback episodes, including those that occur on awakening or when intoxicated
      [X] Intense psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event
      [X] Physiological reactivity on exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event
      [ ] The traumatic event is not persistently reexperienced

   Criterion C: Persistent avoidance of stimuli associated with the trauma and numbing of general responsiveness (not present before the trauma), as indicated by 3 or more of the following:
      [X] Efforts to avoid thoughts, feelings or conversations associated with the trauma
      [X] Efforts to avoid activities, places or people that arouse recollections of the trauma
      [X] Inability to recall an important aspect of the trauma
      [X] Markedly diminished interest or participation in significant activities
      [X] Feeling of detachment or estrangement from others
      [X] Restricted range of affect (e.g., unable to have loving feelings)
      [X] Sense of a foreshortened future (e.g., does not expect to have a career, marriage, children or a normal life span)
      [ ] No persistent avoidance of stimuli associated with the trauma or

C&P Exam Results: DBQ PSYCH PTSD Initial

AKINS, TODD MONROE   SSN#

System: VISTA.WASHINGTON.MED.VA.GOV

Page: 4

Printed on: May 17, 2013 3:13:57 pm

Division: 688

numbing of general responsiveness

Criterion D: Persistent symptoms of increased arousal, not present before
        the trauma, as indicated by 2 or more of the following:
    [X] Difficulty falling or staying asleep
    [X] Irritability or outbursts of anger
    [X] Difficulty concentrating
    [X] Hypervigilance
    [X] Exaggerated startle response
    [ ] No persistent symptoms of increased arousal

Criterion E:
    [X] The duration of the symptoms described above in Criteria B, C and D
        is more than 1 month.
    [ ] The duration of the symptoms described above in Criteria B, C and D
        is less than 1 month.
    [ ] Veteran does not meet full criteria for PTSD

Criterion F:
    [X] The PTSD symptoms described above cause clinically significant
        distress or impairment in social, occupational, or other important
        areas of functioning.
    [ ] The PTSD symptoms described above do NOT cause clinically
        significant distress or impairment in social, occupational, or
        other important areas of functioning.
    [ ] Veteran does not meet full criteria for PTSD

b. Which stressor(s) contributed to the Veterans PTSD diagnosis?:
    [X] Stressor #1
    [ ] Stressor #2
    [ ] Stressor #3
    [ ] Other, please indicate stressor number (i.e. stressor #4, #5, etc.) as
        indicated above):

5. Symptoms
----------

For VA rating purposes, check all symptoms that apply to the Veterans
diagnoses:

    [X] Depressed mood
    [X] Anxiety
    [ ] Suspiciousness
    [ ] Panic attacks that occur weekly or less often
    [X] Panic attacks more than once a week
    [ ] Near-continuous panic or depression affecting the ability to function
        independently, appropriately and effectively
    [X] Chronic sleep impairment
    [ ] Mild memory loss, such as forgetting names, directions or recent
        events
    [ ] Impairment of short- and long-term memory, for example, retention of
        only highly learned material, while forgetting to complete tasks
    [ ] Memory loss for names of close relatives, own occupation, or own name
    [X] Flattened affect
    [ ] Circumstantial, circumlocutory or stereotyped speech
    [ ] Speech intermittently illogical, obscure, or irrelevant
    [ ] Difficulty in understanding complex commands
    [ ] Impaired judgment
    [ ] Impaired abstract thinking
    [ ] Gross impairment in thought processes or communication
    [X] Disturbances of motivation and mood
    [X] Difficulty in establishing and maintaining effective work and social
        relationships
    [X] Difficulty in adapting to stressful circumstances, including work or a
        worklike setting
    [ ] Inability to establish and maintain effective relationships
    [ ] Suicidal ideation
    [ ] Obsessional rituals which interfere with routine activities
    [ ] Impaired impulse control, such as unprovoked irritability with periods
        of violence
    [ ] Spatial disorientation
    [ ] Persistent delusions or hallucinations
    [ ] Grossly inappropriate behavior
    [ ] Persistent danger of hurting self or others
    [X] Neglect of personal appearance and hygiene
    [X] Intermittent inability to perform activities of daily living,
        including maintenance of minimal personal hygiene
    [ ] Disorientation to time or place

6. Other symptoms
----------

Does the Veteran have any other symptoms attributable to PTSD (and other
mental disorders) that are not listed above?
    [ ] Yes   [X] No

        If yes, describe:

7. Competency
----------

Is the Veteran capable of managing his or her financial affairs?
[X] Yes    [ ] No

   If no, explain:

8. Remarks, if any

NOTE:  VA may request additional medical information, including additional
       examinations if necessary to complete VA's review of the Veteran's
       application.

/es/ RONALD J. KOSHES
PSYCHIATRIST
Signed: 05/13/2013 07:28

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------x

TODD AKINS                              :

                                        :

    et al..                             :

                Plaintiffs.             :

        -against-                       :        Case No. 2017-cv-00675(BAH)

                                        :

ISLAMIC REPUBLIC OF IRAN, et al.        :

                                        :

                Defendants.             :

------------------------------------------------x

## DECLARATION OF PLAINTIFF GEORGE C. ANTHONY

George C. Anthony declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Louisiana. I am a Plaintiff in this action.

3. I joined the United States Air Force in 1984 fresh out of high school. In 1996 I was serving with the 58th Fighter Squadron from Eglin Air Force Base and was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia. I was assigned to Air Crew Support and worked on the flight line as well. On June 25, 1996, I was housed at the Khobar Towers residential complex there.

4. On that date, I was packing to move to another dorm and was walking out of my bedroom when I heard/felt an immense blast that lifted me up and blew me back some 20 or 30 feet from where I had been walking. I landed against a wall. I was initially disoriented and did not know what had happened. It felt like I had been electrocuted. My left shoulder hurt immediately and it seemed like I couldn't move my left arm.

5. One of my roommates helped pull me out of the room and on to the balcony on the first floor. We jumped down from there to get away from the building, and were guided to a triage area. I remember waiting there for four or five hours while airmen who were hurt more badly than I received treatment. Some were in very bad shape. Some who were alive when they were brought there didn't make it. One of my suite-mates, Millard Campbell, was among those who did not survive.

6. When I did get treatment at the triage center on base, it was discovered that I had a dislocated shoulder and it was put back into place. The pain was intense and I was given a very strong narcotic pain killer.

7. When I returned to Eglin Air Force base some days later, it was discovered that my shoulder needed surgery. The muscles had to be re-attached. I had some weakness and disability for a long time after the surgery. To this day my left shoulder still often hurts, and has atrophied.

8. Upon my return I found that it was difficult to process what had happened and to come to grips with the fact that so many of my friends died. My wife at the time was best friends with the wife of Millard Campbell, my suite-mate who died. We spent a lot of time together trying to help her get through her grief.

9. My wife said that I had changed, that I was withdrawn and moody at times. I was no longer active the way I used to be. I did not want to go out or attend events with large numbers of people. When 9/11 happened, I was shaken up for several days and found it hard to calm down. Our marriage ended in divorce in 2006, and I believe a big reason for that was that I wasn't able to process my emotions about what happened in 1996.

10. I separated from the Air Force in 2011. I am rated as 80 percent disabled. Exhibit A hereto.

11. I still have some survivors' guilt. wondering how and why I survived when so many did not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

George C. Anthony

Executed on : June ___. 2018

2

# Exhibit A

# Disabilities



**80%**

**Total Combined Disability**

You have a 80% final degree of disability. This percentage determines the amount of benefit pay you will receive.

How is this calculated

**Add Disabilities**

Submit a claim to make any updates to the disabilities that you believe are related to your military service.

Apply Now.

# Rated Disabilities

| Disability | Rating | Decision | Related To | Effective Date |
|---|---|---|---|---|
| posttraumatic stress disorder, PTSD | 10% | Service Connected | PTSD - Combat | 10/01/2011 |
| left shoulder degenerative and post surgical changes (also claimed as rotator cuff and bankart repair) (minor) | 10% | Service Connected | | 10/01/2011 |
| left elbow mild enthesopathy of the olecranon (minor) | 10% | Service Connected | | 10/01/2011 |
| migraine headaches (claimed as ophthalmic migraine to include loss of vision) | 0% | Service Connected | | 10/01/2011 |
| right elbow mild enthesopathy of the olecranon (major) | 10% | Service Connected | | 10/01/2011 |
| right shoulder osteoarthritis | | Not Service Connected | | |
| n | 0% | Service Connected | | 10/01/2011 |
| middle back condition | | Not Service Connected | | |
| obstructive sleep apnea on continuous positive airway pressure | 50% | Service Connected | | 10/01/2011 |
| degenerative joint disease of the left sacroiliac joint (claimed as bilateral joint pain) | 10% | Service Connected | | 10/01/2011 |
| seasonal allergic rhinitis with a nasal septal deviation | 0% | Service Connected | | 10/01/2011 |
| tinnitus | 10% | Service Connected | | 10/01/2011 |
| right knee mild degenerative joint disease (also claimed as patella femoral syndrome and medial lateral meniscal tear) | 10% | Service Connected | | 10/01/2011 |
| bilateral hearing loss | | Not Service Connected | | |
| left knee mild degenerative joint disease | 10% | Service Connected | | 10/01/2011 |
| rheumatoid arthritis in both hands | | Not Service Connected | | |
| positive tuberculosis reading | | Not Service Connected | | |

Chat with the VA

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------x

TODD AKINS
    et al.,                      :

                    Plaintiffs,   :

    -against-            :         Case No. 2017-cv-00675(BAH)

ISLAMIC REPUBLIC OF IRAN, et al.     :

                    Defendants.   :

------------------------------------------------------x

## DECLARATION OF PLAINTIFF FRANK DAVID SILLS III

Frank David Sills III declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida. I am a plaintiff in this action.

3. I enlisted in the Air Force in October 1994 straight out of high school. I was assigned to the 58th Fighter Squadron stationed at Eglin Air Force Base. In April 1996 I was deployed with my squadron to Dharhan Air Force base in Saudi Arabia. I was an F-15 aircraft mechanic and crew chief.

4. I was housed at the Khobar Towers there, and on June 25, 1996, our tour of duty was about to end and I was preparing to go back to Eglin the very next day. I was doing some clean up in our suite and had just returned a mop to the utility closet. I was walking back into the suite and was adjacent to our bathroom when the blast hit. The blast blew in everything from the bathroom, including porcelain from the bathtub, and hit me all over my left side.

5. I was thrown against the wall of the hallway by the blast and the debris, much of

1

which lodged in my body. I could immediately tell I was bleeding profusely from the head and quickly picked up a pillow which I found lying on the floor to try to stop the bleeding. I then realized that I was also bleeding from my left leg very badly. Although I tried to make my way through the broken glass to go downstairs and exit the building, I soon realized that my left leg wasn't working properly. A couple of my buddies picked me up and carried me to the small infirmary ordinarily used for much less serious medical matters.

6. They left me in the infirmary where I received some initial first aid. Many others wounded much more gravely than I were brought in. I saw some of my fellow Airmen bleeding out and dying there because their injuries were so bad. It is impossible to forget those sights and sounds.

7. I was then evacuated to a local Saudi hospital by ambulance. I was taken to the emergency room there and quickly went into emergency surgery to sew up the wounds in my face and leg. I remember waking up the next day still in considerable pain and still unable to walk or arise from bed.

8. I was then taken to a U.S. military hospital in Ramstein Germany and given additional medical care there. After several more days I was airlifted back to Eglin Air Force base, where I was sent directly to the hospital there for several more days of hospitalization.

9. I received a substantial amount of damage to my left calf where I lost some tissue and muscle; I also needed reconstructive surgery to the left side of my face. Today I still have pain and numbness in that leg, especially after exertion or long periods of time on my feet.

10. After I returned to Eglin, I was on crutches for over six months and in physical therapy during that time to allow me to walk again without crutches. I also had to have several more reconstructive surgeries to my face.

2

11. I decided to stay in the Air Force and did so until I retired in 2014. I was deployed abroad again about 11 more times, and each time I dreaded that something similar might happen. I developed a generalized anxiety disorder from this and became afraid of things that never bothered me before, which causes severe panic attacks and chronic sleep impairment for me. I became hyper-aware of danger and the possibility of death in every situation. Today I am rated as 60 percent disabled. Exhibit A attached hereto.

12. More than anything, what has always stayed with me and haunted me is the sadness and grief of knowing that twelve of my close friends and co-workers never returned from Dharhan. Sometimes I wonder why I survived and so many others didn't. I have been told this sort of survivors' guilt is not uncommon, and I certainly have it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Frank David Sills III

Executed on : June 25, 2018

 **DEPARTMENT OF VETERANS AFFAIRS**

February 4, 2015

FRANK D SILLS
2211 HAMPTON GREENS
BLVD APT 202
MELBOURNE FL 32935

In reply, refer to:
318/WW
File Number:
Frank Sills

Dear Mr. Sills:

We made a decision regarding your entitlement to VA benefits.

Your claim was processed under the Fully Developed Claim Program.

This letter tells you about your entitlement amount, payment start date, and what we decided. It includes the evidence used and reasons for our decision. We have also included information about what to do if you disagree with our decision and who to contact if you have questions or need assistance.

## Payment Summary

Your monthly entitlement amount is shown below:

| Total VA Benefit | Amount Withheld | Amount Paid | Payment Start Date | Reason |
| --- | --- | --- | --- | --- |
| $1,162.32 | $1,162.32 | $0.00 | Dec 1, 2014 | Original Award |
| $1,162.32 | $0.00 | $1,162.32 | Feb 1, 2015 | Retired Pay Adjustment |

We are currently paying you as a single Veteran with no dependents.

## You Can Expect Payment

Generally, payments begin the first day of the month following the effective date. When applicable, a retroactive payment, minus any withholdings, will be issued. Thereafter, payment will be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

Page 8

File Number: 450990370
SILLS, FRANK D

| Issue/Contention |
| --- |
| bilateral hearing loss |

| Explanation |
| --- |
| • Service connection for bilateral hearing loss is denied because there is no evidence that you currently have hearing loss for VA purposes.<br>• Service connection may not be established for disability due to impaired hearing unless the auditory threshold in any of the frequencies 500, 1000, 2000, 3000 or 4000 Hertz is 40 decibels or greater; or the auditory thresholds for at least three of the frequencies 500, 1000, 2000, 3000 or 4000 Hertz are 26 decibels or greater; or speech recognition scores using the Maryland CNC Test are less than 94 percent. (38 CFR 3.385).<br>• Your service treatment records show that you incurred a hearing loss in your left ear in-service, but service connection cannot be granted unless there is a showing that you currently have hearing loss for VA purposes. There are no audiometric findings in your service treatment records that meet the above requirements for your right ear.<br>• You have in-service acoustic trauma, but service connection for your right ear based on military noise exposure alone cannot be granted. For service connection to be considered there must first be a showing of actual hearing loss in your right ear for VA purposes.<br>• VA examination findings show the left ear with 100 percent discrimination. Decibel (dB) loss at the puretone threshold of 500 Hertz (Hz) is 5 with a 5 dB loss at 1000 Hz, a 5 dB loss at 2000 Hz, a 10 dB loss at 3000 Hz, and a 30 dB loss at 4000 Hz. The average decibel loss is 13 in the left ear. The right ear shows a speech discrimination of 96 percent. Decibel (dB) loss at the puretone threshold of 500 Hertz (Hz) is -5 with a 0 dB loss at 1000 Hz, a 10 dB loss at 2000 Hz, a 10 dB loss at 3000 Hz, and a 20 dB loss at 4000 Hz. The average decibel loss is 10 in the right ear.<br>• In this case, the evidence of record does not show current audiometric findings which meet the criteria for a grant of service connection for hearing loss. As you do not currently meet the criteria for hearing loss for VA purposes, service connection may not be granted. In addition, there is no evidence that disabling sensorineural hearing loss manifested itself to a compensable degree within a year of service. |

Your overall or combined rating is 60%.

**Note**: The percentages assigned for each of your conditions may not always add up to your combined rating evaluation. We do not add the individual percentages of each condition to determine your combined rating. Instead, we use a combined rating table that considers the effect from the most serious to the least serious conditions.

## Evidence We Need From You to Complete Your Claim For Dependents

The information you sent us about your dependent(s) wasn't complete. Before we can pay additional benefits for your dependent(s), send us the following information:

~4-686 c          ∞          Dependency Pilot

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
------------------------------------------------------x
TODD AKINS                             :
                                       :
    et al.,                            :
                    Plaintiffs,        :
                                       :
       -against-                       :      Case No. 2017-cv-00675(BAH)
                                       :
ISLAMIC REPUBLIC OF IRAN,  et al.      :
                                       :
                    Defendants.        :
------------------------------------------------------x
```

DECLARATION OF PLAINTIFF CHARLES BLANK

Charles Blank declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born on a United States military base in Okinawa and have been at all times throughout my life a United States citizen. I am currently a resident of Arizona. I am a plaintiff in this action.

3. I joined the Air Force as part of my ROTC enrollment in 1988, and received pilot and other training in the years 1990 through 1992, when I became qualified to fly F-16 fighter planes. In 1996 I was serving with the 34th Fighter Squadron at Hill Air Force Base in Salt Lake City, Utah, when I was assigned my third tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, I was present at the Khobar Towers residential complex there.

4. On that date, I was in our living room with three of my suitemates watching a movie on television when I felt something that was like a small earthquake. The entire wall came crashing in, including the frame of the sliding glass door and all the shattered glass.. Everything

1

went dark. My legs were caught in the frame of the glass door, but one of my suite mates helped get the frame off me. We crawled into the hallway because we thought that we were under attack and there would be more incoming rounds.

6. We checked each other's injuries and I thought that some of my buddies were pretty hurt and cut up. One of my buddies told me that I was hurt too, and I looked down and saw there was a puddle of blood under me. Most of it seemed to be from my legs. I tied a shirt around my leg which was bleeding the most.

7. I went into another suite nearby to check for injured airmen and saw another pilot who was squirting blood from his neck. I knew he needed medical help quickly so I went to seek it. Going down the stairs I saw someone being carried on an ironing board being used as a stretcher, and helped carry him. We took him to a triage facility when I saw someone else being carried toward us in a sheet and went over to help carry that man. We took him over to the nurse, who said, oh no, not another one, and told us to put him over next to some others—it was then that I realized that all those others were dead bodies. The man in the sheet had stopped moving by then too.

8. The next morning I went back into the buildings that were damaged with some building engineers. We took some photographs of the puddles of blood on the floor and the stains on the walls.

9. That next day I was told that some Saudi doctors were available to treat our wounds, but when I saw what they were doing to other patients I declined. Later in the evening the flight doc who worked with us took us over to the clinic and treated my injuries. I received 22 stitches to close up the cuts on my legs.

10. A few weeks later I saw the flight doc again and he issued a medical report. Exhibit

A.

11. I stayed on at the base and continued to fly missions. Security was very tight and everyone was on edge because there were reports of possible follow-on attacks. Sirens would sometimes sound, and a "giant voice" would come on the loudspeakers warning us about possible new attacks. However, all that did was create renewed fears and worry. That time was probably the worst four months of my life.

12. After a number of false starts, we finally were allowed to go back home. However, even after I flew back to Dover Air Force base, I was then told I had to go back, so I flew back to Spain. At this point I thought I may never see my wife again. Fortunately, we got stuck in Spain, and I was finally allowed to go back home.

13. As I reflected on what had happened, I decided that I was not going to let what happened to me define my life or determine how the rest of my life would go. When I returned, I discussed it with my wife and we both agreed to try to put it behind us. I vented and was angry when I first came home. My wife helped put it in perspective for me: she said that when we met four years before, all I wanted to do was fly fighter planes, and I had been doing that and was fortunate enough that I could continue doing that. So I did.

14. Nonetheless, for close to the next ten years or so, I and my wife were still picking and pulling pieces of glass out of my legs as they gradually worked their way to the skin surface.

15. But I went on to become an instructor in the Navy's Top Gun school for fighter pilots, and then I did the same in the Air Force equivalent "top gun" school.

16. I ended up joining the Air National Guard in Tucson Arizona, which gave my family a stable place to grow up but allowed me to continue flying.

17. To this day I never forget those who didn't make it. The anniversary of that

3

day—June 25—is just one day after my wedding anniversary. So the two are linked, for bad or for good. I attended the 20th anniversary reunion and saw many of the guys with whom I served. Anytime there is a new terrorist attack, or I see something like that on tv, it brings back some of those feelings and emotions in a very powerful way. Sometimes those experiences can be overwhelming—I guess you could call them "flashbacks."

18. It can happen at a movie, too. Just about six months ago, I was at a movie called "Deep Water Horizon" which had some scenes of explosions and flying glass, and the realness of those scenes really brought those feelings flooding back to me.

19. As a fighter pilot, as someone who has flown missions with bombs, I also have a new respect for and understanding of what happens on the receiving end of my missions. I still do what I need to do, but I am much more aware of the consequences. I feel that we have to respond to terrorism, that we can't just roll over and ignore it. We need to bring the perpetrators to justice, because otherwise the terrorism will continue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Charles Blank

Executed on : June 28 2018

4

Exhibit A

NSN 7540-00-634-4176                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

14 Jul 96

1430

**B/P**

4404TH MEDICAL GROUP DHAHRAN SAUDI ARABIA, APO AE 09894
ARRIVED AOR: 15 Jun 96   DEPART AOR: 15 Sep 96 JOB TITLE: Pilot

**Pulse**

**OT**

1. WERE YOU INJURED IN THE BOMBING ON 25 JUN 1996?   (Y)   N

**Allergies:**

2. WHEN WERE YOU INITIALLY TREATED? in gym after bombing

3. WHERE WERE YOU TREATED?        KHOBAR CLINIC ____
                                  DESERT ROSE   x

**Medications**

HOSPITAL:
a. KING ABDUL AZIZ (MODA 1)
b. ARAMCO
c. DHAHRAN MEDICAL CENTER (MODA 2)
d. KING FIZEL UNIVERSITY HOSPITAL ____
e. DOSHA HOSPITAL
f. SELF AID - BUDDY CARE  X
g. OTHER

4. Do you desire a referral to the Critical Incident Stress Debriefing Team?  Y (N)   Already seen (Y) N

5. Please note the location and type of your injuries on the figure below.

[X] IDENTIFY FINDING BY NUMBER

1. Bruises
2. Burns
3. Cast/Splints
4. Cuts
5. Dressings
6. Drainage
7. Pain
8. Pressure Area
9. Swelling
10. Other

Write # For Finding
On Drawing

Rt   Lt        Lt   Rt

S/ No c/o
Self revised
Sutures 10
total
0/ no exam
A/ s/p glass
fragment
Incised wound
0/ F/U pn
No Aeromedical
R Sumner
SUMRALL Maj.
USAF
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   MC
456

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: ▶ | Hill AFB UT | | |
|---|---|---|---|---|
| DORMITORY: 125   SUITE: 2-1 | PATIENT'S NAME (Last, First, Middle Initial) Blank Charles J | | SEX M |
| DORM PHONE: | RELATIONSHIP TO SPONSOR | STATUS AD | RANK GRADE O3 |
| WORK PHONE: (714) | SPONSOR'S NAME | | ORGANIZATION 388 FW Hill AFB |
| AOR SQ: 34/FS FLYER:)   NONFLYER | DEPART./SERVICE AF | SSN/IDENTIFICATION NO. 587754065 | DATE OF BIRTH 04 16 67 |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)   (SF-V7)
Prescribed by GSA and ICMR   (PerFORM PRO)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------x

TODD AKINS                                    :
                                              :
    et al.,                                   :
                        Plaintiffs,           :
                                              :
         -against-                            :        Case No. 2017-cv-00675(BAH)
                                              :
ISLAMIC REPUBLIC OF IRAN,  et al.             :
                                              :
                        Defendants.           :
---------------------------------------------------------x

<u>DECLARATION OF PLAINTIFF ANDREW P. BLANK</u>

Andrew P. Blank declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Texas. I am a plaintiff in this action.

3. I am the brother of Charles Blank, also a plaintiff in this action. Charles and I were always very close. He is four years older than me, and taught me many of the things our Dad might have. He taught me to ride a bike and to play hockey, which we played together for over 20 years. After he joined the Air Force I always made it a point to visit him several times a year, and we still get together several times a year. I looked up to him and admired him.

4. In  1996 my brother Charles Blank was serving in the United States Air Force with the 34th Fighter Squadron from Hill Air Force Base when he was assigned to the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, Charles Blank was present at the Khobar Towers residential complex there.

1

5. On that date, I remember that our mother got a phone call from someone who knew Charles was there to tell us that there had been a truck bomb explosion that had destroyed some buildings at the Khobar Towers. My mother and I were very concerned and turned on the television news. When we saw the rubble and destruction our anxiety levels skyrocketed. There were reports of deaths and serious injuries. We did not hear that Chuck was injured but OK for about twelve hours after that initial phone call. That time was agonizing

6. My brother and I had a close bond at that time and my fears for his safety and survival were profound. Although I was relieved when I eventually heard that he had survived, I know the experience scarred him and caused me considerable emotional distress.

7. After Chuck came home I could tell that the experience had changed him. He became less open, less optimistic, somewhat withdrawn and a harder person in general. To this day he doesn't want to talk about what happened there, and doesn't want the Purple Heart he was awarded for his injuries to be displayed in his house. This makes me sad. I was sorry to see the effect it had on him. However, it has not affected Chuck's determination to continue to develop his skills as a fighter pilot, which he has done to the highest degree.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Andrew Blank_
Andrew P. Blank

Executed on : June __, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------x
TODD AKINS                             :
                                       :
     et al.,                           :
                       Plaintiffs,     :
                                       :
          -against-                    :      Case No. 2017-cv-00675(BAH)
                                       :
ISLAMIC REPUBLIC OF IRAN,  et al.      :
                                       :
                       Defendants.     :
-------------------------------------------------x
```

DECLARATION OF PLAINTIFF LINDA KAY BLANK

Linda Kay Blank declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Arizona. I am a plaintiff in this action.

3. In 1996 my husband Charles Blank (also a Plaintiff in this action) was serving with the 34th Fighter Squadron from Hill Air Force when he was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, Charles Blank was present at the Khobar Towers residential complex there.

4. On that date, I had not even heard about the terrorist attack when I got a phone call from my husband letting me know he was alive. I was shaken but he said he could not talk for long because others were waiting to call. It was very short call, and I still wasn't sure exactly what happened, so I turned on the tv and saw the news stories and pictures. I called Charles' mother and sisters and let them know he was alive, but couldn't tell them much else at that point.

1

5. Later I heard from some other wives in the "phone chain" that Charles was hurt. They were reporting what their husbands had told them. They said Charles was hurt and that it was serious. So although I had heard from Charles and he said he was alive, I became worried that he might be badly hurt but had been trying to minimize that or just spare me. He would never let on how serious anything was.

6. It was along time before I heard from Charles again. At that point he told me he had been banged up pretty good and had some cuts and stitches and bruises. But he was up and moving.

7. Those days immediately after the explosion were very difficult. I saw the images on tv so many times, and it was difficult to process. Then after several very difficult months, I finally heard that Charles was supposed to be coming back home. But even then somehow he was sent back to Europe. It was a very stressful time.

8. We talked things over and decided I would quit my job so that I could stay home with our son Nathan, who was about a year and a half old at the time. We talked it over and decided that, in case anything happened to either of us, we didn't want our child to grow up without really knowing either parent. So I quit my job and became a stay-at-home mom.

9. The attack was an event that changes your life forever. But we can decide what to do about it. We realized how precious life was at that point in time. Cahrles is a survivor. he's overcome. he's handled it. His job depended on him being a stable, firm individual, and he learned how to cope.

10. He kept a diary where he wrote down much of what happened. He let me read it once. It was truly horrifying to read. I realized that he was able to write some things that were too hard to talk about.

2

11.  I helped pull pieces of glass from Charles' body for years after the attack.  I have accompanied him to memorials and reunions.  I have gone through everything with him.  Our family is very attuned to possible danger situations.  Charles and I have a code that if anything happens in the world that might impact us, we send a code text and the first thing we ask is "All well?"  Two words, one question mark.

12.  We do that with our children, too.  And I thank God that every time I have asked so far if everything is well, it has been.

13.  We made a choice of how we chose to deal with what happened,  But we want to see the people responsible brought to justice.  Just because you don't have a big scar or physical disability, maybe your scar is invisible.  Maybe it's something that you live with for the rest of your life and your children's lives.  We really want justice for everybody.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Linda Kay Blank

Executed on : June 28 2018

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
TODD AKINS                              :
                                        :
    et al.,                             :
                        Plaintiffs,     :
                                        :
        -against-                       :        Case No. 2017-cv-00675(BAH)
                                        :
ISLAMIC REPUBLIC OF IRAN,  et al.       :
                                        :
                        Defendants.     :
---------------------------------------------------x

DECLARATION OF PLAINTIFF NATHAN BLANK

Nathan Blank declares pursuant to 28 U.S.C. Section 1746 as follows:

1.  I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2.  I was born in the United States of America and have been at all times throughout my life a United States citizen.  I am currently a resident of Illinois.  I am a plaintiff in this action.

3.  In 1996 my father Charles Blank (also a Plaintiff in this action) was serving with the 34th Fighter Squadron at Hill Air Force base when he was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia.  On June 25, 1996, Charles Blank was present at the Khobar Towers residential complex there.

4.  On that date, my father suffered injuries from flying debris when terrorists attacked and detonated a truck bomb.  He needed twenty-two stitches to repair the wounds.

5. Although I was very young at the time of the attack, I suffered emotional distress and mental anguish throughout my childhood because of the devastating effect the attack had on my father, my mother, and our whole family. Both my father and my mother tried very

1

hard to put that day behind them.

6. The effect this terrorist attack has had on me will be everlasting. I grew up seeing my father's scars and being taught to always be aware of my surroundings and of everyone around me. I always worried when my father was sent overseas on on TDY (temporary duty assignment), aware of the potential danger he was in. My whole life, it has been a reality, that my dad was in a terrorist attack and I witness the anguish he has when retelling the events of that day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Nathan Blank_
Nathan Blank

Executed on : June 28, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
----------------------------------------------------x
TODD AKINS                              :
                                        :
     et al.,                            :
                          Plaintiffs,   :
                                        :
          -against-                     :        Case No. 2017-cv-00675(BAH)
                                        :
ISLAMIC REPUBLIC OF IRAN, et al.        :
                                        :
                          Defendants.   :
----------------------------------------------------x
```

DECLARATION OF PLAINTIFF DEBORAH MILLRANY

Deborah Millrany declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Texas. I am the sister of plaintiff Charles Blank and also a plaintiff in this action.

3. In 1996 my brother Charles Blank was a fighter pilot with the United States Air Force with the 34th Fighter Squadron from Hill Air Force base when he was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, Charles Blank was present at the Khobar Towers residential complex there.

4. On that date, I was working at an airline counter where I could see the news on television, and saw some of the reports coming in of an explosion at the Khobar Towers residential complex in Saudi Arabia. I knew that my brother was stationed in Saudi Arabia and became very concerned that he may have been caught in that explosion. I called his wife Linda

and could not initially get through. My anxiety and concern increased.

5. When I finally learned that he had survived and sustained some injuries but was not critical, I was very relieved. My brother and I were very close growing up. I helped look after him as he was the youngest sibling. I also was fiercely protective of him and made sure that one of the neighborhood bullies never even thought of trying to bully him again after one incident. We remained close in adult life, and frequently visited each other. I am the godmother of his two children.

6. When he returned from his tour of duty I thought he became quieter. I know he kept a lot in and never wanted to talk about the details of what he experienced. He was almost apologetic about receiving a Purple Heart because he said that there were a lot of airmen who were much more seriously hurt than he was.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Deborah Millrany

Executed on : June 27, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-----------------------------------------------x
TODD AKINS                         :
                                   :
     et al.,                       :
                    Plaintiffs,    :
                                   :
          -against-                :     Case No. 2017-cv-00675(BAH)
                                   :
ISLAMIC REPUBLIC OF IRAN, et al.   :
                                   :
                    Defendants.    :
-----------------------------------------------x
```

## DECLARATION OF PLAINTIFF JOHN GAYDOS

John Gaydos declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Wedgefield, South Carolina. I am a plaintiff in this action.

3. I joined the Air Force straight out of High School in 1990. I was trained in avionics and became a "backshop" avionics maintenance specialist. In 1996 I was assigned to Shaw Air Force base in South Carolina.

4. I was assigned to a three-month rotation to the Air Force base in Dharhan Saudi Arabia in early 1996. I elected to extend my stay there for another three months. At the time of the terrorist attack I was close to completing a full six months in Saudi Arabia and preparing to catch a flight back home to rejoin my wife and two children in Sumter, South Carolina.

5. Along with other Air Force personnel assigned to Dharhan, I was housed at the

1

Khobar Towers residential complex.

6. On June 25, 1996, I had just finished a phone call with my wife around 9 pm and I was lying on the couch in the "dayroom"—a common area I shared with my suite mates. I felt/heard a deep rumble which caused me to sit up on the couch, and then experienced a huge blast wave following the rumble. (I later learned that the initial rumble was the explosive charge that ignited the blast of the fuel truck that caused the huge secondary explosion.)

7. Two of my suite mates had been on the balcony and they stumbled inside. I remember being amazed that they had not been thrown off the balcony or killed by the blast. For the next several days I was convinced they had died even though I saw them come in the room.

8. One of my suite mates helped me to get out the door and start to go down the stairs of our building. He was helping me walk by propping me up. There was confusion, noise, dust, and loud cries everywhere. When we reached the third floor, I stopped to try to take stock of what had happened. I put my hand up to feel my right ear and there was nothing but blood. I remember that my vision narrowed so that I could see only straight ahead in a kind of tunnel vision. I could not hear well. I told one of my companions to tell my wife that I loved her. I don't remember much else after that but I know I was helped/carried to medical assistance.

9. I received emergency medical care in a triage area that had been set up on a bus. I lost consciousness but I remember waking up more than once to notice that I was receiving CPR. One of the medics kept talking to me to try make sure that I did not lose consciousness again. I was taken to a small infirmary nearby. At that time I already saw several body bags. I saw a female Captain with one eye hanging out of its socket. She asked one of the medics if it could be saved. He said no, and she calmly proceeded to cut it off with ordinary scissors, asked to have it bandaged, and then proceeded to help others.

2

10. I was evacuated to the King Abdul Aziz Hospital nearby to the Khobar Towers and given further medical treatment, including the first of several surgeries. I was then evacuated to the military hospital in Landstuhl, Germany, where I received additional surgery. I was then returned to the United States and hospitalized for some additional time, and received additional medical treatment.

11. My injuries included broken bones in my skull and left elbow; a severed nerve and ulnar artery damage in my left arm; extensive shrapnel wounds to my face, arms, and legs, where the glass from the shattered sliding glass doors hit my body.

12. To this day I suffer substantial pain in my legs and arms almost every single day. I cannot walk any significant distances and cannot stand still for any length of time. My left arm has lost much of its mobility and function, and my left hand has lost feeling.

13. However, my physical issues are minor compared to the mental and emotional after-effects of the terrorist attack. I have had a hard time finding or retaining employment in the years since 1996. I have constant recurring nightmares and flashbacks. During one of those nightmares I flailed in bed and accidentally hit my wife, injuring her.

14. I received a PTSD evaluation in 2008 which stated that I was "exhibiting severe symptoms associated with posttraumatic stress disorder" and my "related major depressive disorder and panic disorder." Exhibit A hereto at 2. The psychologist who examined me concluded that my social adaptability and interactions with others were "severely impaired," as was my ability to maintain employment and perform job duties. Id. at 3.

15. Since 2008, I have been rated as 80 percent disabled, with 50 percent of that attributable to my PTSD. Exhibit B hereto.

16. I continue to have flashbacks. Recently, I found myself making a U-turn in front of

3

oncoming traffic just to avoid coming close to a fuel truck. I avoid large groups of people. I continue to have nightmares and difficulty sleeping.

17. I have started to receive therapy and gained insight by attending a PTSD support group regularly. This has raised my awareness of my actions that have adversely affected all around me, including those that I love the most, my two children Elizabeth and Ethan Gaydos and my wife Barbara Gaydos. I now realize that my irritability, shortness of temper, and sometimes abusive behavior directed at my own children have been a great burden to them and a part of the PTSD "package" of symptoms. In addition, all three suffered considerable emotional pain and anguish because of my physical and emotional injuries caused by the terrorist attack, which affected our whole family at the time and to this day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

John Gaydos

Executed on : June /7, 2018

4

# Exhibit A

DATE OF EXAM:         MAR 03, 2008
EXAMINING PHYSICIAN:  MCLEOD, PHOEBE A
STATUS:               COMPLETED

POSTTRAUMATIC STRESS DISORDER EVALUATION

MEDICAL HISTORY/HISTORY OF THE PRESENT ILLNESS: Mr. Gatos is a
37-year-old, married one time for 16 years, Caucasian male who presents
for an evaluation to increase his service-connection for posttraumatic
stress disorder. When he was questioned about what brought him to the
evaluation, he says that he can no longer work. The claims file was not
available at the time of the evaluation.

Medically, the veteran reported that he has joint pain throughout his
body. He says he has an eye injury and he lost part of his skull. He
has got some scarring. He reported some paralysis of his median nerve,
a thigh muscle injury and pain in his legs.

PAST PSYCHIATRIC HISTORY: The veteran suggested that he had his last
C&P exam about nine years ago and he said he just started getting
treatment in August of 2007 at the Sumter clinic where he started
seeing Ms. Neal twice a month for individual counseling. He says it
helps him to cope and to feel supported. He says he has seen a
psychiatrist one time and was prescribed Seroquel. He says although the
medication does help him to get to sleep and stay asleep, he feels so
sedated the next day that he cannot even function so he cannot take
this medication regularly. He says he has been asked about attending
group but he says he does not feel safe enough yet to attend a group.

SOCIAL/OCCUPATIONAL HISTORY: The veteran suggested that he lives in
Wedgefield. He noted that he completed high school and as a BA in
psychology. He described military service in the Air Force from October
of 1990 to November of 1997. He was an avionics technician. He says
that in terms of his stressor that he was bombed by the terrorists in
Saudi Arabia in June of 1996.

In terms of his work history, he said he last worked on 10/12/07 at
Carolina Place which is part of the department of mental health. He
said he was a clinical counselor but he had to quit because he could
not deal with the stress and depression. He said he had missed just in
a two month period two to three weeks because of his depression and
PTSD. He said he was having trouble with concentration and trouble
getting along with people and was irritable with his coworkers and his
boss and he said his problems were causing him not to focus enough
attention on his clients either. He reported that he has been arrested
one time for threatening to breach the peace 20 years ago. He denied
serving time in prison. He denied using alcohol or drugs. When
questioned about his relationships with others, he says he has been
married once for 16 years and has a 14-year-old son and a 12-year-old
daughter. He reported that he has got a pretty good relationship with
his wife although he can be very irritable but she is quite tolerant
and supportive which helps. He says the relationship with his children
is fair. He says although he can be irritable with them at times, the
biggest problem with them is that he just withdraws from them. He
denied any close friends. He says he has got a casual friend that he

COPY MADE BY VARMC, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

sees about once a week often times when they have their appointments together or sometimes they might get together outside of their appointments. He said this person was also in the bombing. He says he spends time on the computer, shooting his gun and time with his dogs.

MENTAL STATUS EXAMINATION: The veteran was alert, oriented and attentive and appeared his stated age. His mood appeared to be depressed and anxious and his affect was constricted. His speech was a regular rate and rhythm. There was some evidence of psychomotor agitation. The veteran's eye contact was limited and his thought process was logical and coherent. His thought content was devoid of any current auditory or visual hallucinations. Evidence of delusional content was noted. He denied current suicidal or homicidal ideation. He denied a history of suicide attempts and said the last time he was physically aggressive to somebody was September of 2007. His memory was intact for immediate, recent and remote events. He was able to concentrate well enough to spell "world" backwards and was able to interpret a proverb. His intelligence is estimated to be in the average range and the veteran had fair insight into his current condition.

DIAGNOSTIC IMPRESSION:
Axis I    Posttraumatic stress disorder.
          Major depressive disorder.
          Panic disorder.
Axis II   Deferred.
Axis III  Per the veteran's report, joint pain throughout his body, eye
          injury, loss of part of his skull, scarring, paralysis of the
          median nerve, thigh muscle injury and pain in his legs.
Axis IV   Unemployment, very limited social support.
Axis V    GAF score currently of 48.

DISCUSSION: The veteran is exhibiting severe symptoms associated with posttraumatic stress disorder and his related major depressive disorder and panic disorder. He reported intrusive thoughts about his trauma multiple times a day. He says he has thoughts of hurting others almost daily and he says most of the time it is people who make him angry but this also includes a neighbor but he denied any thoughts today of hurting this neighbor or any intent or plan to act on these thoughts at the present time. He says he is having nightmares almost daily. He described psychological and physiological reactivity to seeing fuel trucks, watching the news, hearing explosions that occur in a quarry cars near his home. He report such a reaction to fireworks or any kind of loud noise. He says he tries to avoid thinking about his trauma but with limited success. He says he tries to avoid the war coverage, war movies and crowds. His affect was constricted. He described emotional detachment from others and reported decreased interest in activities. He says he sleeps about four hours most nights but about once a week he will sleep seven hours because he is just exhausted. He reported feeling irritable all the time. He reported problems with concentration and exaggerated startle reaction to loud noises or unexpected approaches. He reported that he feels hypervigilant all the time and he is very aware of his surroundings. He reported problems with depression with low energy, low motivation, fatigue and decreased feelings of hope and worth. He reported decline in his appetite with no weight loss. He says he fights in his sleep and hit his wife recently quite hard. He



COPY MADE BY VARMC, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

reported having panic attacks in which he hyperventilates, has an increased heart rate, feels that he is having a heart attack and feels that he is losing control and perspires. He says he has mild ones daily and then he can work his way through these and out of these. He says he has moderate attacks about one or two times a month and severe attacks about once a month. He says he has had his symptoms since 1996 and feels that his symptoms have gotten worse. He denied that this symptoms impact his activities of daily living such as feeding, bathing or toileting himself.

In terms of his social adaptability and interactions with others, this appears to be severely impaired. In terms of his ability to maintain employment, perform job duties in a reliable, flexible and efficient manner, this appears to be severely impaired. Overall, I would estimate his level of disability to be in the severe range and the veteran appears capable of handling his own funds.


Phoebe A McLeod, PhD  Licensed Clinical Psychologist

169766 PAM D:03/08/2008CT T:03/08/2008 15:46CT Bcs

COPY MADE BY VARMC, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

Exhibit B

| Rating Decision | Department of Veterans Affairs<br>Columbia Regional Office | | | Page 2 of 3<br>09/23/2015 |
|---|---|---|---|---|
| NAME OF VETERAN<br>JOHN GAYDOS | VA FILE NUMBER | SOCIAL SECURITY NR | POA<br>DISABLED AMERICAN<br>VETERANS | COPY TO |

5299-5296      PARIETAL SKULL FRACTURE
Service Connected, Gulf War, Incurred
0% from 01/14/1997

6099-6009      INJURY OF THE EYE WITH FLOATERS AND PROBLEMS FOCUSING OF
EYES WITH CORRECTED VISION 20/20 BILATERALLY AND NO LOSS OF
FIELD OF VISION
Service Connected, Gulf War, Incurred
0% from 01/14/1997

7805      SCARS OF RIGHT ARM
Service Connected, Gulf War, Incurred
0% from 01/14/1997

7805      SCARS, LEFT ARM
Service Connected, Gulf War, Incurred
0% from 01/14/1997

7805      SCARS OF RIGHT LEG
Service Connected, Gulf War, Incurred
0% from 01/14/1997

8529      PARTIAL LEFT LATERAL FEMORAL CUTANEOUS NEUROPATHY, LEFT
LOWER EXTREMITY
Service Connected, Gulf War, Incurred
0% from 06/10/2003

*COMBINED EVALUATION FOR COMPENSATION:*

70% from 01/14/1997
80% from 01/30/2008
Individual Unemployability Granted from January 30, 2008

## NOT SERVICE CONNECTED/NOT SUBJECT TO COMPENSATION (8.NSC Gulf War)

5010      ARTHRITIS, RIGHT WRIST
Not Service Connected, Not Incurred/Caused by Service
Original Date of Denial: 02/20/2004

7819      LUMP, LEFT HAND
Not Service Connected, Not Incurred/Caused by Service
Original Date of Denial: 02/20/2004

## ANCILLARY DECISIONS

Basic Eligibility under 38 USC Ch 35 from 01/30/2008

COPY MADE BY VARMC, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

| **Rating Decision** | *Department of Veterans Affairs* *Columbia Regional Office* | | | Page 1 of 3 09/23/2015 |
|---|---|---|---|---|
| NAME OF VETERAN JOHN GAYDOS | VA FILE NUMBER 247 | SOCIAL SECURITY NR | POA DISABLED AMERICAN VETERANS | COPY TO |

| ACTIVE DUTY | | | |
|---|---|---|---|
| EOD | RAD | BRANCH | CHARACTER OF DISCHARGE |
| 10/12/1990 | 01/13/1997 | Air Force | Honorable |

| LEGACY CODES | | | |
|---|---|---|---|
| ADD'L SVC CODE | COMBAT CODE | SPECIAL PROV CDE | FUTURE EXAM DATE |
| | 1 | | None |

**JURISDICTION:** Medical or Other Evidence Received 03/06/2014

**ASSOCIATED CLAIM(s):** 600; Predetermination Rating Issue 02/28/2014

**SUBJECT TO COMPENSATION (1SC)**

9411         POST-TRAUMATIC STRESS DISORDER (PTSD) [PTSD/Medical/Veteran Evidence]
Service Connected, Gulf War, Incurred
30% from 01/14/1997
50% from 01/30/2008

7800         DISFIGURING SCARS OF FACE
Service Connected, Gulf War, Incurred
30% from 01/14/1997

5223-8515         RESIDUALS, INJURIES MEDIAN NERVE OF LEFT ARM, WITH DUPUYTREN'S CONTRACTURE
Service Connected, Gulf War, Incurred
20% from 01/14/1997

7804         SCARS, LEFT LEG
Service Connected, Gulf War, Incurred
10% from 01/14/1997

5010         ARTHRITIS, LEFT WRIST ASSOCIATED WITH RESIDUALS, INJURIES MEDIAN NERVE OF LEFT ARM, WITH DUPUYTREN'S CONTRACTURE
Service Connected, Gulf War, Secondary
10% from 06/10/2003
Original Date of Denial: 02/20/2004

5315         MULTIPLE FOREIGN BODIES, LEFT THIGH (CLAIMED AS GLASS IN LEFT LEG)
Service Connected, Gulf War, Incurred
10% from 06/10/2003

COPY MADE BY VARMC, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

| Rating Decision | Department of Veterans Affairs Columbia Regional Office | | Page 3 of 3 09/23/2015 |
|---|---|---|---|
| NAME OF VETERAN JOHN GAYDOS | VA FILE NUMBER | SOCIAL SECURITY NR | POA DISABLED AMERICAN VETERANS | COPY TO |

I certify that I have reviewed and electronically signed
this decision. AGH, RVSR



COPY MADE BY VARMC, ST. LOUIS FROM A RECORD IN VA'S POSSESSION

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------x
TODD AKINS                              :
                                        :
    et al.,                             :
                        Plaintiffs,     :
                                        :
        -against-                       :        Case No. 2017-cv-00675(BAH)
                                        :
ISLAMIC REPUBLIC OF IRAN,  et al.       :
                                        :
                        Defendants.     :
------------------------------------------------------x

DECLARATION OF PLAINTIFF BARBARA GAYDOS

Barbara Gaydos declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Wedgefield, South Carolina. I am a plaintiff in this action.

3. In 1996 my husband John Gaydos (also a Plaintiff in this action) was serving in the United States Air Force at Shaw Air Force base in South Carolina, when he was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia. We had been married in 1992 and had two children at the time, Elizabeth and Ethan.

4. On June 25, 1996, my husband John was present at the Khobar Towers residential complex when it was attacked by terrorists who exploded a large truck bomb there. I was at home with my two children when I first heard that something had happened at the Khobar Towers complex when my Dad called me to let me know he had seen a news bulletin to that

1

effect on cable television. He did not have details but I immediately became anxious about what might have happened to John.

5. I learned that there had been a bomb blast and that not all the members of my husband's unit had been accounted for, and my fears increased. I heard nothing about my husband for two full days despite trying to get information from the military. During this time I did not know if he was alive or dead, or whether he was badly injured. I did not know if I would ever see him again.

6. I finally learned that he had been evacuated to the U.S. military hospital in Landstuhl, Germany, and that he was receiving treatment, including surgery, there.

7. After he returned home, even aside from his obvious and extensive physical injuries, which required him to use a wheel chair for several months, I also noticed some other changes in John.

8. He had been a very physical, outgoing, and outdoorsy young man, enjoying social interactions and outdoors activities. After his return, he did not want to go anywhere and became more guarded and distant. I often saw him hunkered down in bed, even during the middle of the day.

9. John also suffered from disordered sleep and nightmares. During one of these nightmares he accidentally hit me in the head while he was flailing about. Although I did not seek medical help at the time, I had a headache for two days and feel pretty sure I had a concussion.

10. John has been unable to find or keep regular employment, and I have become the principal breadwinner for my family.

11. At times I observed that John was not patient or gentle with our children. To the

2

contrary, he seemed irritable and easily annoyed, and sometimes berated them excessively.

12. I convinced him to seek help for his PTSD, which he began to do I believe around 2007, and the group therapy and support he has received has helped him and helped us as a family.

13. However, both my children and I have suffered considerable emotional distress. I feel I did not have enough time for my children because so much of my time and energy was taken up with dealing with the after-effects of the terrorist attack on John. My children as well seem to have suffered secondary or indirect PTSD. To this day, if a plate is dropped in a restaurant, both my daughter Elizabeth and John jump up almost simultaneously.

13. I have no doubt that John's PTSD caused by the terrorist bombing have caused a serious strain on our marriage and adversely affected our family life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Barbara Gaydos

Executed on : June 19, 2018

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------x
TODD AKINS                              :
                                        :
    et al.,                             :
                        Plaintiffs,     :
                                        :
        -against-                       :        Case No. 2017-cv-00675(BAH)
                                        :
ISLAMIC REPUBLIC OF IRAN, et al.        :
                                        :
                        Defendants.     :
---------------------------------------------------x

## DECLARATION OF PLAINTIFF ETHAN GAYDOS

Ethan Gaydos declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of South Carolina. I am a plaintiff in this action.

3. In 1996 my father John Gaydos (also a Plaintiff in this action) was serving in the United States Air Force at Shaw Air Force base in South Carolina, when he was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, my father was present at the Khobar Towers residential complex when it was attacked by terrorists who exploded a large truck bomb there. I was only about two and a half years old at the time and don't have a clear recollection of learning what happened at the time.

4. However, I do recall a vague sense that things were not right and that my mother was upset.

1

5. After my father returned home, and as I grew up, I became aware that he was troubled by some demons. It was not unusual to be woken up in the middle of the night by hearing my father shouting during one of his nightmares.

6. In general, my father was distant and uninvolved. However, at times he would get angry at me and shout at me, although he would later apologize. Because of his injuries and physical limitations, he was not able to play with me the way a lot of other dads did. For example, we could not play catch or any running games.

7. I remember that it was always hard to get my dad's attention. He was often off in a world of his own, or absorbed in his own interests. Sometimes I would ask him to play but often was told that I had to play on my own or seek out other kids to play with.

8. I have no doubt that my emotional development and growth were adversely affected by the PTSD that affected my father after the terrorist attack. Although I was very young at the time of the attack, I suffered severe emotional distress and mental anguish throughout my childhood because of the devastating after-effects the attack had on my father, my mother, and our whole family.

9. We all loved my Dad very much. The attack caused my mother to experience severe emotional distress when it happened, and caused my family great emotional distress not only when it happened, but also throughout my childhood and to this day. The serious injuries suffered by my father limited his ability to participate in our family life and to be the same person he was before the attack. The psychological after-effects of the attack were even more difficult for all of us. Because of the physical and psychological limitations and deficits my Dad suffered, which continue to this day, our whole family has been deeply and adversely affected.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Ethan Gaydos_
Ethan Gaydos

Executed on : June 22, 2018

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
--------------------------------------------------x
TODD AKINS                            :
                                      :
    et al.,                           :
                      Plaintiffs,     :
                                      :
      -against-                       :        Case No. 2017-cv-00675(BAH)
                                      :
ISLAMIC REPUBLIC OF IRAN,  et al.     :
                                      :
                      Defendants.     :
--------------------------------------------------x
```

### DECLARATION OF PLAINTIFF ELIZABETH GAYDOS

Elizabeth Gaydos declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of South Carolina. I am a plaintiff in this action.

3. In 1996 my father John Gaydos (also a Plaintiff in this action) was serving in the United States Air Force at Shaw Air Force base in South Carolina, when he was sent to serve a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, my father was present at the Khobar Towers residential complex when it was attacked by terrorists who exploded a large truck bomb there.

4. I was very young at the time of the attack and do not remember what happened around that time. However, as I grew up, I became aware that it was very difficult to try to get any attention from my father, and that my mother also had little time for me. I felt neglected and

1

started to engage in self-harming behaviors. Instead of getting support or sympathy from my parents, I usually got anger and blame.

5. I also seem to have picked up some "secondary" symptoms of my dad's PTSD. If we went to a restaurant, both of us would have to sit facing the entrance and the others in the restaurant. If a waiter dropped a plate, both of us would have a large startle reaction.

6. My dad was often absorbed in his own interests and seemed distant. He rarely took any interest in me or my schoolwork.

7. When I was a junior and senior in high school, I found some satisfaction in creating art works through metal-smithing. I crafted some nice metal sculptures that were praised and admired by my family. It made me feel good—it seemed to me that I was getting some of the affection and attention I missed while growing up.

8. We all love my Dad very much. The attack caused my mother to experience severe emotional distress when it happened, and caused my family great emotional distress not only when it happened, but also throughout my childhood and to this day. The serious injuries suffered by my father limited his ability to participate in our family life and to be the same person he was before the attack. The psychological after-effects of the attack were even more difficult for all of us. Because of the physical and psychological limitations and deficits my Dad suffered, which continue to this day, our whole family has been deeply and adversely affected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Elizabeth Gaydos

Executed on: June 22, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
----------------------------------------------------x
TODD AKINS                             :
     et al.,                           :
                     Plaintiffs,       :
                                       :
          -against-                    :      Case No. 2017-cv-00675(BAH)
                                       :
ISLAMIC REPUBLIC OF IRAN,  et al.      :
                                       :
                     Defendants.   :
----------------------------------------------------x
```

## DECLARATION OF PLAINTIFF MATTHEW G. SPICER

Matthew G. Spicer declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Missouri. I am a plaintiff in this action.

3. I joined the Air Force in 1993. In 1996 I was serving at Eglin Air Force base as an F15 avionics technician assigned to the 58th Fighter Squadron. I was assigned to a tour of duty at the Air Force base in Dharhan, Saudi Arabia, which was very close to ending on June 25, 1996. I had already packed my bags for the return trip.

4. On that date, I had gone out in the evening to get a soft drink at the rec center. I shared a smoke with my good friend Peter Morgera. We talked about how much we were looking forward to getting back to the States. He went back to his building and I went back to mine. I would never again see him alive, as he was one of the twelve airmen from the 58th who were killed that night.

5. I was in my suite and sitting on a couch away from the sliding glass doors. I

1

remember a shaking like an earthquake and a feeling like thunder was going through me, and that it became dark all of a sudden. The glass doors blew in. I was hit by some flying glass fragments in my legs.

6. I checked to make sure my suitemates were ok. I thought we had been hit by a scud missile so we all tried to shelter in place for a while, assuming there might be more. When nothing further happened, we made our way downstairs. There was more broken glass and blood in the main lobby of our building. We went to a triage area set up where the dining area was. I saw some of my friends being carried out of building 131, which took the brunt of the blast. Many of them were in very bad shape, screaming in pain. I remember my friend Cielito Valencia looked like he was in agony, with very severe injuries.

7. I received some first aid for my leg wounds. I stayed at the Dharhan air base for several more days before transportation back to Eglin was arranged. I helped load the caskets of my comrades who did not make it for their final journey back to Dover Air Force base.

8. I left active duty in the Air Force in 1998, and joined the Air national Guard, where I stayed until 2002.

9. I often think of my friends and co-workers who never made it back. I sometimes have "flashbacks" kind of like waking visions when I suddenly re-live some of the sights and sounds of that day. I sometimes become randomly emotional for unknown reasons. I become frightened and irritated when there are unexpected noises nearby. I "self-medicate" with alcohol.

10. However, I have avoided seeking any treatment for PTSD and have no formal diagnosis of it. For personal reasons, I do not want to go to the VA for any sort of psychological evaluation or treatment. However, when I returned from Saudi I did become more active in the Church and found some comfort there. I am also especially grateful to my brother Christopher

2

Gail Spicer who has always been very close to me and has provided me with a lot of help and emotional support. I also have close friends that I can speak to about some of these experiences and their after-effects.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Matthew G. Spicer

Executed on : June 25, 2018

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------x
TODD AKINS                                 :
    et al.,                                     :
                Plaintiffs,        :
                            :
        -against-                          :          Case No. 2017-cv-00675(BAH)
                            :
ISLAMIC REPUBLIC OF IRAN, et al.      :
                            :
                Defendants.   :
-------------------------------------------------x

## DECLARATION OF PLAINTIFF CATHY EUNHA KIM SPICER-LINDSY

Cathy Eunha Kim Spicer-Lindsy declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in South Korea but grew up in the United States. I became a naturalized United States citizen in 1994, to the best of my recollection. Since then, I have been a United States citizen. I am currently a resident of Missouri. I am a plaintiff in this action.

3. In 1996 I was married to Matthew G. Spicer, who was serving a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was housed at the Khobar Towers residential complex there.

4. On that date, I was living on base housing with our infant son, Christian William Spicer, and was told by a neighbor that there had been some sort of attack and explosion at the Khobar Towers complex. I became very anxious and distraught. I turned on the television news and saw images of the destruction and rubble there. I had no idea whether my husband had survived or been seriously injured.

1

5. It took a long time, although I do not recall exactly how long, for me to learn that Matthew had survived and was not seriously injured. I do remember that time as sheer torture.

6. When Matthew returned, he was a changed man. He had become moody and withdrawn. He awoke at night with bad dreams and night sweats. I thought he just needed some time to process what had happened, but things did not improve with time. He became abusive toward me, both verbally and otherwise. Our relationship deteriorated. We separated in 1999 and were formally divorced some six years later.

7. We had not had any real problems in our marriage before Matthew was at the Khobar Towers in 1996. Although it is possible that some problems may have developed anyway, I think that most of the problems we had were caused by Matthew's mental state, and that this in turn was caused by the bombing and its after-effects

8. I suffered severe emotional distress and mental anguish when I first heard news of the attack and of the many deaths and casualties there because I knew that my husband was serving there. I saw the pictures of the rubble and the destruction after the terrorist attack as reported on television news. I learned that my husband had survived the attack only when I was informed a considerable time later that he had survived, albeit with injuries.

9. I believe that the after-effects of the attack on Matthew were in large part responsible for our eventual divorce. I know that Matthew's psychological issues caused by the attack deeply and adversely affected our whole family, including me and our son Christian William Spicer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Cathy EunHa Kim Spicer Lindsy

Executed on : June _28_, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------x

TODD AKINS
    et al.,                    :

                   Plaintiffs,    :

                                 :

        -against-                 :      Case No. 2017-cv-00675(BAH)

                                 :

ISLAMIC REPUBLIC OF IRAN,  et al.          :

                                 :

                 Defendants.   :

-----------------------------------------------------x

## DECLARATION OF PLAINTIFF CHRISTOPHER G. SPICER

Christopher G. Spicer declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Arkansas. I am a plaintiff in this action.

3. In 1996 my brother Matthew G. Spicer was serving a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was housed at the Khobar Towers residential complex there.

4. On that date, I received a phone call from my aunt telling me that something had happened at the Khobar Towers residential complex. She said that there had been some sort of explosion and there were casualties, but she did not know what happened to my brother Matt. I was immediately very worried and anxious. It seemed like a long time before I heard that Matt had survived, although he had been injured.

5. When Matt returned, I could tell he was not the same. I could tell he had been through a lot. He seemed like a different person. I could see the physical scars on his legs, but I also

1

sensed some psychological scars.

6. He was withdrawn and moody at times. At times he was also emotionally distant. He ended up getting divorced, and came to live with me after the divorce. I was glad to be able to help him during this difficult time.

7. I am just 11 months younger than Matt and we grew up together. We played catch and other games outdoors a lot. I had always been very close to my brother, and it hurt me to see the changes and difficulties he went though as a result of the Khobar Towers bombing

8. I loved my brother very much, and my fears concerning his survival and safety were intense when I first heard of the attack. The attack caused me great emotional distress when it happened and for many years thereafter because of the effect it had on my brother, and because of the psychological trauma he suffered, which became a burden and problem for our whole family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Christopher G. Spicer

Executed on : June 2X 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-----------------------------------------------x
TODD AKINS                              :
     et al.,                           :
                      Plaintiffs,      :
                                       :
          -against-                    :      Case No. 2017-cv-00675(BAH)
                                       :
ISLAMIC REPUBLIC OF IRAN, et al.       :
                                       :
                      Defendants.      :
-----------------------------------------------x
```

## DECLARATION OF PLAINTIFF CHRISTIAN WILLIAM SPICER

I, Cathy Eunha Spicer Lindsy, submit this Declaration on behalf of my son, Christian William Spicer, pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I am the guardian for my son Christian William Spicer, who has autism and is not verbal. I am authorized to make this Declaration on his behalf. He was born in the United States of America and has been at all times throughout his life a United States citizen. He is currently a resident of Missouri and lives with me, and is a plaintiff in this action.

3. In 1996 my husband and Christian's father Matthew G. Spicer was serving a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was housed at the Khobar Towers residential complex there.

4. On that date, I heard the news of the bombing from a neighbor. I have described this in some detail in my own declaration submitted today as well.

5. Although our son Christian was too young to understand what was happening, he

1

suffered from the after-effects. As noted in my Declaration, Matthew Spicer returned from Saudi Arabia a changed man, and his issues adversely affected our marriage and our whole family.

6. Although he had been a good father, and tried to continue, Matthew ended up largely exiting Christian's life around the 4th grade. After our separation and divorce, Matthew's attempts to reach out to Christian were few and far between. I believe Christian suffered significant harm from the lack of his father's attention, care and concern.

7. I believe that Matthew Spicer's psychological issues caused by the attack deeply and adversely affected our whole family, including his son Christian.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Cathy Eunha Spicer Lindsy on behalf of her son
Christian William Spicer

Executed on : June 28 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
------------------------------------------------------x
TODD AKINS                                  :
    et al.,                                 :
                           Plaintiffs,      :
                                            :
        -against-                           :        Case No. 2017-cv-00675(BAH)
                                            :
ISLAMIC REPUBLIC OF IRAN,  et al.           :
                                            :
                           Defendants.      :
------------------------------------------------------x
```

<u>DECLARATION OF PLAINTIFF JERRY TIMOTHY SASSER, JR</u>

Jerry Timothy Sasser, Jr., declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida. I am a plaintiff in this action.

3. In 1996 I was serving at Eglin Air Force Base and was assigned to the Air Force Base in Dharhan, Saudi Arabia. On June 25, 1996, I was present at the Khobar Towers residential complex there.

4. I remember that on that evening I was just hours from finishing my tour of duty and was getting ready to go home. I headed back to my room and stopped briefly at the room of Joe Rimkus, Josh Woody, and Brian McVeigh, who were playing cards and invited me to join them. I declined because I wanted to make sure I had everything packed and ready to go home. All three of those men were killed within the hour.

5. I was phone call home from the fourth floor when all the lights went out and I heard what sounded like a train, a sonic boom, and an earthquake all at once. I lost consciousness.

1

When I came to, it appeared that I had been thrown forcibly against the wall of the room, and my vision was grayed out and I couldn't hear anything. I tried to walk to the door, which was now lying on the ground. As my hearing and vision returned I could hear many panicked screams and see many people running through the smoke and dust filled hallway and stairs. I heard screams of people in extreme distress. Blood covered the walls and stairs.

6. I spent several hours assisting the wounded and trying to find survivors. I went back into the building several times until it became clear that there were no additional survivors. I had to lie to friends who were still hoping to find additional survivors—I knew there would be no more.

7. During these initial few hours after the blast, I somehow managed to ignore my own wounds and injuries, which were considerable. I had numerous cuts, abrasions and contusions, and many fragments of glass were embedded in my body. I later learned that I also sustained serious back injuries from being thrown against the wall by the blast—I had herniated and ruptured discs in my back, which have required several major surgeries.

8. I am in constant pain from these injuries even to this day, and I take pain medications every day to manage the pain.

9. The psychological after effects have been even more devastating. I have received and continue to receive treatment for traumatic brain injury, posttraumatic stress disorder, and depression. I am rated as 100 percent disabled by the U.S. Department of Veterans Affairs. Exhibit A hereto.

10. I have had constant stress and conflict since I returned home and separated from the Air Force. My relations with my family members who were trying to help me deteriorated. I couldn't keep a job. I picked fights with strangers at bars. I started doing drugs, smoking and

2

drinking heavily.

11. Although I eventually sought and received some therapy, my family relationships were damaged almost beyond repair. I destroyed the office of the first therapist my father took me to see. My first marriage ended in divorce.

12. Now I try to take each day as it comes. I am happily remarried but subconsciously subject my wife to my own personal demons. She has seen me in a ball of tears, hiding from fireworks. She has seen my deliver a tear-filled speech, honoring my friends who lost their lives.

13. The trauma I experienced in the blast and its aftermath is a nightmare that no 20-year old kid should ever have to endure. It ruined my life.

14. I suffered severe emotional distress in addition to my physical injuries as a result of the terrorist attack and the death and devastation it caused not only to me but also to my companions and comrades in arms with whom I served.

15. I have continuing psychological issues, including PTSD, as a result of being a victim of the terrorist attack that day.

16. My father Jerry T. Sasser, my brother Jason Allen Sasser, and my mother Deborah Homs (Sasser) also suffered severe psychological distress when they heard of the attack and in the years that they have had to endure my anger, my struggles, and my PTSD.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jerry Timothy Sasser, Jr.

Executed on : June 20, 2017

3

Exhibit A



## DEPARTMENT OF VETERANS AFFAIRS
### 810 Vermont Ave NW
### Washington, D.C. 20420

April 24, 2017

Jerry Timothy Sasser                                    In Reply Refer to:
3465 Hilson Dr                                          xxx-xx-███
Lakeland, FL 33812                                      27/eBenefits

Dear Mr. Sasser:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-███

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
| --- | --- | --- | --- |
| Air Force | Honorable | September 16, 1993 | June 14, 1997 |
| Air Force | Honorable | December 30, 1999 | November 28, 2010 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
| --- | --- |
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 100% |
| **Your current monthly award amount is:** | $2921.25 |
| **The effective date of the last change to your current award was:** | March 01, 2017 |
| **You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities:** | Yes |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at                    or

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
TODD AKINS                           :
      et al.,                        :
                        Plaintiffs,  :
                                     :
            -against-                :        Case No. 2017-cv-00675(BAH)
                                     :
ISLAMIC REPUBLIC OF IRAN,  et al.    :            :
                                     :
                        Defendants.  :
-------------------------------------------------------x
```

## DECLARATION OF PLAINTIFF JERRY T. SASSER, SR.

Jerry T. Sasser, Sr., declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida. I am the father of Jerry Timothy Sasser, Jr., and a plaintiff in this action.

3. In 1996 my son Jerry Timothy Sasser, Jr., was serving a tour of duty at the Air Force Base in Dharhan, Saudi Arabia. On June 25, 1996, he was present at the Khobar Towers residential complex there.

4. On that date, I was watching the evening news and was stunned to realize that there was a news story about an attack at the Khobar Towers. Fortunately, at about the same time, I received a call from my son Jerry letting us know that he had survived, although he sounded very shook up. He told us he had survived but there were at least ten dead known at that time.

5. When Jerry returned, I realized he was not the same active and outgoing young man he had been. He was withdrawn and apathetic. He had used to come to see us frequently but

1

now he did not and even avoided contact with us. He did not return phone calls. He did not keep up with payment obligations. I knew he had gone through some terrible experiences and seen some terrible things, but he was not taking steps to get treatment or help. I felt he was throwing his life away.

6. Things went from bad to worse. Finally I told him that I insisted he get some professional help and if he did not I would stop helping him as well. So he did, and gradually things improved somewhat. But Jerry was never the same.

7. This caused me considerable grief and anguish. I know what PTSD looks like, since I had been in the military as well.

8. My son has continuing physical and psychological issues, including PTSD, as a result of being a victim of the terrorist attack that day. Our whole family, including Jerry Jr.'s mom and his younger brother Jason, were adversely affected. We felt we had lost a loving and vital family member.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Jerry T. Sasser, Sr._ / p99
Jerry T. Sasser, Sr.

Executed on : June 28, 2017

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------x

TODD AKINS
    et al.,
                  Plaintiffs,

        -against-                    Case No. 2017-cv-00675(BAH)

ISLAMIC REPUBLIC OF IRAN, et al.

                Defendants.

---------------------------------------------------------x

## DECLARATION OF PLAINTIFF JERRY T. SASSER, JR. ON BEHALF OF THE ESTATE OF HIS DECEASED BROTHER, JASON ALLEN SASSER

Jerry T. Sasser, Jr., declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida and a plaintiff in this action.

3. I make this Declaration on behalf of the Estate of my recently deceased brother, Jason Allen Sasser, who was also a plaintiff in this action but recently died in an tragic accident on April 1st, 2018. The paperwork for his Estate is being prepared currently here in Florida, and his widow, Kimberly Sasser, is likely to be appointed his executor, but I have been asked by her to make this Declaration on behalf of the Estate. My brother Jason was born on a military installation in Germany and was a United States citizen at the time of his death.

4. Jason died without a will but was married and had two children.

5. Jason was my younger and only brother. He looked up to me and loved me, and I felt the same about him. We often played together as kids and were very close. Jason always told

1

me he looked forward to my frequent visits home after I enlisted in the Air Force. We always had a good time catching up whenever I came home on leave and after deployments.

6. That all changed after I came home after the Khobar Towers attack in 1996. I feel bad about this, especially now, but at that point I no longer took any real interest in Jason or any other members of my family. I just shut down emotionally and Jason very much missed having the involved older brother I was before the bombing.

7. Jason felt deprived of the company of the loving and caring older brother he used to have. He soon turned to drugs and alcohol to numb the pain of losing my affection. He became rebellious and often blamed me for his life because I left him behind. He struggled in relationships and even had a few encounters with the law. He was in so much pain over the loss of his big brother emotionally. For more than 20 years we grew further and further apart. He just recently started growing closer to me again.

8. Tragically, my little brother can no longer speak for himself because of his death.

9. With a heavy and heartbroken heart, I make this declaration on behalf of his Estate. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Jerry T. Sasser Jr._

Jerry T. Sasser, Jr., on behalf of the Estate of Jason Allen Sasser

Executed on : June __, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------x

TODD AKINS
     et al.,         :

         Plaintiffs,   :

     -against-      :     Case No. 2017-cv-00675(BAH)

ISLAMIC REPUBLIC OF IRAN, et al.   :

        Defendants.   :
-----------------------------------------------------x

### DECLARATION OF PLAINTIFF DEBORAH HOMS

Deborah Homs declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida. I am the mother of Jerry Timothy Sasser, Jr., and a plaintiff in this action.

3. In 1996 my son Jerry Timothy Sasser, Jr., was serving a tour of duty at the United States Air Force Base in Dharhan, Saudi Arabia. On June 25, 1996, he was present at the Khobar Towers residential complex there.

4. On that date, I had just returned from work and turned on the television news. I saw that something had happened at the Khobar Towers complex there, but the news had not really registered with me when I received a phone call. It was my son Jerry calling to let me know there had been a bombing but he had survived! All of a sudden it hit me that what I was seeing on tv was what had happened to my son. I was happy he was ok and had called me at just the right time, but I also knew that he must have gone through a lot, and felt bad for him and his fellow airmen when I saw the devastation on tv. I knew there must have been severe pain and loss of life.

5. When Jerry returned, he was not at all the same person. He was in bad shape. He seemed not to care about the ordinary day-to-day necessities of life, such as paying bills. He distanced himself from his family. He became withdrawn and moody. He had difficulty with all his relationships, including with his employer. he seemed to live only for the moment.

6. I strongly suggested he seek psychiatric help, and he did. The psychiatrist told him he suffered from PTSD but was not mentally ill.

7. Over many years, Jerry has gradually improved. But he is still not the same person he had been, and I doubt he can ever be again.

8. It has broken my heart to see what happened to him. I feel I lost the happy, optimistic young man that had been so involved with his family, his community, and his Church.

9. I was very close to my son and loved him. I suffered severe emotional distress when I heard of the attack and saw pictures of the rubble and devastation on television news reports following the attack. My son has continuing physical and psychological issues, including PTSD, as a result of being a victim of the terrorist attack that day. Our whole family has been adversely affected to this day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Deborah Homs*
Deborah Homs   EXECUTED ON: June 28, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------x
TODD AKINS                          :
    et al.,                          :
                Plaintiffs,    :
                      :
        -against-                  :    Case No. 2017-cv-00675(BAH)
                      :
ISLAMIC REPUBLIC OF IRAN,  et al.    :
                      :
                Defendants.    :
-------------------------------------------------------x

## DECLARATION OF PLAINTIFF KEVIN JAMES HURST

Kevin James Hurst declares pursuant to 28 U.S.C. Section 1746 as follows:

1.  I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2.  I was born in the United States of America and have been at all times throughout my life a United States citizen.  I am currently a resident of Nevada.  I am a plaintiff in this action.

3.  I joined the Air Force in 1991.  In 1996 I was serving at Eglin Air Force Base with the 58th Fighter Squadron as a weapons load crew member.  I was assigned a tour of duty to the Air Force base in Dharhan, Saudi Arabia.  I was housed at the Khobar Towers residential complex there, in building 131.  On June 25, 1996, I was getting ready to return home as our tour of duty was almost completed, and I had just gone to bed after doing some packing and clean-up.

4.  I was awakened by a loud noise that sounded like rockets had hit the area.  I suddenly found myself elevated above my bed, and then fell back down.  Glass and pieces of rubble began raining down on me.  I was barefoot and cut my feet as I stumbled out of the bedroom.  I reached the hallway and put on my boots, but there was glass already inside them as well.  I did not have time to do anything about it, as I was still trying to get my bearings and search for my

1

suitemates. I could hear terrible screaming come from another part of our building which had collapsed altogether.

5. One of my suitemates, Joe Brown, was bleeding pretty badly from his head and other parts of his body where he had been cut by flying glass. Along with another roommate, we carried him downstairs and outside. We were told to put him in a truck which was collecting the most severely wounded and taking them to a triage area that had been set up in the dining area. We left him at the triage area. There were many very severely wounded Airmen there. My injuries seemed much less severe. I received medical care for my feet the next day at the Dharhan Air base.

6. In the next few hours my buddies and I sought and tried to find certain of our friends. In all too many cases we learned later the reason why we didn't see them—they had been killed in the blast and the collapse of our building.

7. I have never forgotten the horror and distress of that day. To this day I often feel like I have glass in the soles of my feet, although I have been medically checked and told that I no longer do. I also have lower back pain diagnosed as bulging and protruding discs, which I believe may have been caused at least in part by the blast that threw me out of bed.

8. I used to make friends easily, but since June 25, 1996, I have much more trouble trusting people or being friendly. I also suffer from some symptoms of PTSD. I am told that I am more irritable than I used to be, and more quick to anger. Loud unexpected noises startle and annoy me to include being woken up by family members. I stay away from crowds. I have sought and received psychological counseling.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kevin James Hurst

Executed on : June 28, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
------------------------------------------------------x
TODD AKINS                                  :
     et al.,                                :
                          Plaintiffs,       :
                                            :
          -against-                         :       Case No. 2017-cv-00675(BAH)
                                            :
ISLAMIC REPUBLIC OF IRAN, et al.            :
                                            :
                          Defendants.       :
------------------------------------------------------x
```

## DECLARATION OF PLAINTIFF GREGORY ERIC LEINENBACH

Gregory Eric Leinenbach declares pursuant to 28 U.S.C. Section 1746 as follows:

1.  I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2.  I was born in the United States of America and have been at all times throughout my life a United States citizen.  I am currently a resident of Fern Park, Florida.  I am a plaintiff in this action.

3. I joined the Air Force straight out of High School in 1995 and received training in F-15 avionics at Lackland Air Force Base and Witchita Falls Air Force Base in Texas.  I was then assigned to the 58th Fighter Squadron at Eglin Air Force Base in Fort Walton Beach, FL.

4.  My squadron was assigned a tour of duty to Dharhan, Saudi Arabia in the Spring of 1996.  While there, we were housed at residential quarters called the Khobar Towers nearby.

5.  I had been in Saudi Arabia about three months and my tour of duty there was about to end.  By June 25, 1996, some members of my unit had already shipped home to Eglin, and I was packing and preparing to head home as well.

6.  On June 25, 1996, I had made some preparations for departure and gone to bed early.

1

I was woken up by a loud blast, and flying debris. It was dark and the air was full of dust. I tried to get out of my room but the door was blocked by toppled furniture and debris. With the help of my suitemates I was able to evacuate the room. In the common area and stairwells of the building there was blood on the furniture, floors, and walls. The glass windows and sliding doors had all been shattered. I noticed that my legs were bleeding and that pieces of glass were embedded in them as well.

7. Once out of the building we saw many seriously injured Airmen, as well as one being carried that appeared to be a fatality. We evacuated to what used to be the dining facility that was now being used as a medical and triage facility, where I received initial first aid for my wounds.

8. There was confusion and false reports of possible secondary or continuing attacks. The rest of that night was a blur.

9. We were unable to leave Dharhan for a couple days. During this time we received word on who the fatalities were, and who was missing. Many were coworkers and friends. Brian Mcveigh was a good friend, as we were both from the same area of central Florida. We were also there to witness the remains of our fallen being loaded on a plane for return to Dover AFB. Learning of the friends and coworkers who lost their lives affected me deeply.

10. When I returned to Eglin Air Force base, I received additional medical attention, including removal of more pieces of glass embedded in my legs and stitches to repair the wounds. For many months after that pieces of glass would continue to surface and emerge from my legs.

11. I had always wanted to make my career in the Air Force and tried to continue that path. But I dreaded going back to the Middle East and decided that I did not want to continue

2

being exposed to the same sort of terrorist attacks and risks there.

12. Eventually I decided to separate from the Air Force and did so in 2003. Initially I found employment with a defense contractor but found it difficult to maintain employment for any significant amount of time. Although I did not know why at the time, I found that I was having difficulty sleeping, difficulty concentrating, that I was losing my temper more frequently, and had some trouble with relationships with my co-workers.

13. My wife noticed all these things and tried to talk me into seeking professional help. Although I initially resisted, I did eventually seek help for these issues from the Veterans Administration. I have been diagnosed as having Post Traumatic Stress Disorder and have received therapy, counseling, and medication for PTSD. The VA presently considers me to be "50 percent disabled" as a result of the PTSD. See Exhibit A hereto.

14. I went back to school and received a degree in education in 2008. I had two children of my own by then, born in 2001 and 2004.

15. I was employed as an elementary school physical education teacher for a few years at two different schools until about 2011, but I had trouble maintaining good relationships with my co-workers and lost both jobs. I have been unemployed since then.

16. I suffered severe emotional distress in addition to my physical injuries as a result of the 1996 terrorist attack. The death and devastation that I witnessed continue to haunt me to this day. I am afraid of crowds and avoid them, I startle easily, and sleep badly, with frequent and recurring nightmares. I am "on edge" much of the time. I also anger easily and find it hard to "take things in stride." This has caused me to have great difficulty in finding and maintaining employment. I also still suffer from tinnitus, or ringing in the ears, a symptom I first experienced immediately following the blast, and which I believe is caused by it.

3

17.  These after-effects have had a persistent negative affect on my life and my relationships within the family, including those I hold most dear, my wife and two children. My wife, Joy Leinenbach, has been adversely affected by the attack and by the aftermath.  She suffered deep emotional distress when she first heard of the attack and saw the pictures of the devastation on television news reports, and has also been adversely affected by the after-effects of the attack on me and on our marriage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Gregory Eric Leinenbach

Executed on :  June 17, 2018

Exhibit A

Veteran's Name:
Leinenbach, Gregory Eric

\# 000004583                    I=000D

6583 1 AV 6.37D

GREGORY E LEINENBACH
1920 WINNEBAGO TRL
FERN PARK FL  32730

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

## —America is Grateful to You for Your Service—

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is:  594 64 6610
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

Air Force, Honorable, 04-Jan-1995 - 14-Feb-2003

(You may have additional periods of service not listed above)

## VA Benefits Information:
Service-connected disability:  Yes
Your combined service-connected evaluation is:  50 PERCENT
The effective date of the last change to your current award was:  01-DEC-2004
Your current monthly award amount is:  $1,018.64

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

Regional Office Director

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA


------------------------------------------------------x

TODD AKINS                          :

     et al.,                              :

             Plaintiffs,      :

                    :

         -against-                    :          Case No. 2017-cv-00675(BAH)

                    :

ISLAMIC REPUBLIC OF IRAN,  et al.    :

                    :

          Defendants.    :

------------------------------------------------------x


<u>DECLARATION OF PLAINTIFF JOY LEINENBACH</u>


Joy Leinenbach declares pursuant to 28 U.S.C. Section 1746 as follows:


1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen.  I am currently a resident of Florida.  I am a plaintiff in this action.

3. In 1995 I married my husband Gregory Eric Leinenbach.


1

4. In 1996, he was serving a tour of duty in the United States Air Force and was assigned to the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was housed at the Khobar Towers residential complex there.

5. On that date, he suffered both physical injuries and deep psychological wounds when terrorists attacked and detonated a huge truck bomb, destroying the Khobar Towers building in which he was housed.

6. At that time, we had been married for only one year. I was working at a grocery store and first heard that there had been an explosion at the Khobar Towers residential complex on that day from a phone call—I was told that there was an urgent call for me in the manager's office and that I should take it there. It was Greg's dad, who said he had seen something on television news about an explosion at the Khobar towers, but had no information about Greg.

7. I was immediately gripped by tremendous anxiety and emotional distress. I was very close to my husband and loved him. I worried that he was severely injured or killed. I left work immediately and went home to watch the news and wait for any additional information. The pictures and videos of the rubble and of the devastation increased my worry. I did not hear that Greg was injured but ok until about a day and half later. This time was sheer agony for me.

8. When I was re-united with Greg after he returned I sensed very quickly that he was changed. He was easily frightened by unexpected loud noises, even on television or at the movies. He grew more distant with time, and became more easily irritated and angered. After we had children, I noticed that he became more easily upset with them for relatively minor things than I would have expected or wanted.

9. Over time, things grew worse. Greg had trouble maintaining good relationships with his co-workers and had trouble holding on to employment. He has been unemployed since 2011. Greg has

2

trouble sleeping and has frequent nightmares.  He has suffered tremendously from the after-effects of

the bombing and because of what he experienced there.  As his wife, I did too.  We are often reminded

of how it has affected out family when seeing family pictures or videos from times when he reflects on

regret about how his condition caused him to react negatively with family, causing sadness for others.

Many activities that would include being around large groups or very busy places are avoided on family

outings because he does not feel comfortable.  Fireworks, concerts, even movie theatres are not

enjoyable for him.  His anxiety causes me to have anxiety I would not normally have because his sharing

of his worries.  There has been continued emotional distress and anguish for both of us through many

years, and Gregory's PTSD adversely affects both of us as well as our family.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Joy Leinenbach

Executed on :  June 19, 2017

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------x

TODD AKINS                              :
                                        :
        et al.,                         :
                        Plaintiffs,     :
                                        :
            -against-                   :        Case No. 2017-cv-00675(BAH)
                                        :
ISLAMIC REPUBLIC OF IRAN,  et al.       :
                                        :
                    Defendants.    :
-------------------------------------------------------x

## DECLARATION OF PLAINTIFF NANCY KILFOYLE

Nancy Kilfoyle declares pursuant to 28 U.S.C. Section 1746 as follows:

1.  I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2.  I was born in the United States of America and have been at all times throughout my life a United States citizen.  I am currently a resident of Arizona.  I am a plaintiff in this action.

3.  In 1996 my husband Eric Dale Ziegler was serving at Eglin Air Force base when he was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia.  On June 25, 1996, he was housed at the Khobar Towers residential complex there.

4.  On that date, I returned home to find a number of alarming messages on my phone answering machine.  One was from a friend who told me that there had been a bombing at Khobar Towers and that I should turn on the television news.  Another was from the Air Force letting me know that there had been a bombing there but that they did not have any information yet about Eric.  I was frightened and anxious about what might have happened to Eric.  Later that day I finally heard directly from Eric letting me know that although he had been injured he had

1

survived and was being taken care of in a hospital. He sounded sedated but ok.

5. When Eric returned home we were so relieved and caught up in the Memorial to his fallen comrades that it took a while for me to notice that Eric had changed. He became a different person. He was now moody and withdrawn. He no longer enjoyed getting together with friends and family or going out. In fact, although he had enjoyed spending time with my family before, now he avoided them, and they noticed that. He seemed not to have any close friends any more. One time I asked him why he no longer seemed to have any close friends, and he said, "because they die."

6. His temper was shorter and much more unpredictable. I felt I had to walk on eggshells to avoid any explosive outbursts. Although we sought help from a marriage counselor, we grew apart and began to go our separate ways. The marriage counselor thought Eric needed help with his own issues related to what happened to him and his fellow Airmen at the Khobar Towers, but Eric did not receive the psychological help he needed at that time.

7. Eventually we separated and divorced in 2007. I am certain that the changes in Eric and the after-effects of the bombing at the Khobar Towers were the principal reason we couldn't work things out. He had gradually withdrawn from everything and everyone; I think he resented me because I was still there with him, and his only way out was to cut off that last remaining connection as well.

8. Eric was housed in a suite with four other airmen. He was the only one from his suite who survived the attack. I know it was very hard on him, and I only wish he could have received the professional support and help he needed back when we were still married.

9. Eric suffered tremendously from the after-effects of the bombing and because of what he experienced there. As his wife, I did too. There was continuing emotional distress and

2

anguish for both of us through many years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Nancy Kilfoyle

Executed on : June 27, 2018

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
---------------------------------------------------x
TODD AKINS                            :
    et al.,                           :
                     Plaintiffs,      :
                                      :
          -against-                   :     Case No. 2017-cv-00675(BAH)
                                      :
ISLAMIC REPUBLIC OF IRAN,  et al.     :
                                      :
                     Defendants.   :
---------------------------------------------------x
```

## DECLARATION OF PLAINTIFF NICHOLAS L. MACKENZIE

Nicholas L. MacKenzie declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida. I am a plaintiff in this action.

3. I enlisted in the Air Force in May 1993. In 1996 I was serving at Hill Air Force Base in Utah as a crew chief, aircraft maintenance, assigned to the 34th Fighter Squadron. I was assigned a third tour of duty to the Air Force Base in Dharhan, Saudi Arabia in early June of 1996. On June 25, 1996, I was present at the Khobar Towers residential complex there.

4. On that date, I was sleeping in bed when I was woken up by a flash of light, which was followed immediately by a loud boom and a blast that sent my bed, with me in it, crashing against the wall of my room. I stumbled to my feet and noticed that I was bleeding and that there was broken glass everywhere, which cut my bare feet as I tried to move around the room. I thought we had taken a hit from a scud missile and looked out what used to be my window. I saw a tire rolling near our perimeter.

1

5. I checked with my suitemates, who also had suffered some injuries but were mobile. We went downstairs and checked for injured servicemen on the floor below us. There we saw Airman Kern, a very young man we all knew, who seemed to be hurt pretty bad. He had large shards of glass sticking out of his body and was bleeding profusely. We wrapped him in some sheets and placed him on the door of his room, which had been blown in and was lying on the ground. We carried him down six flights of stairs to the triage area that had been set up. I heard that he was quickly evacuated for additional medical treatment at a local hospital.

6. I received first aid at the triage area after more seriously wounded airmen. I was later told I would be eligible for a Purple Heart but I declined because I knew there were many more seriously wounded airmen.

7. After the blast, I remained at the Khobar Towers for another two and a half months. That was a very harrowing experience because we all knew that there were continuing terrorist threats. We were told to keep a lookout for possible new security breaches. One time I saw another tanker truck pull up right next to our perimeter and I called it in as a security threat. It departed without incident, however. I remember sirens frequently going off and what we called the "giant voice" coming over loudspeakers telling people to seek cover.

8. I separated from the Air Force in 1997. For a while I bounced around in several jobs, none lasting very long. I did use my aircraft maintenance training and skills in most of them, although I also worked as a car salesman and a traffic signal repairman.

9. For personal reasons, I have declined to seek or receive treatment for PTSD, and therefore have no formal diagnosis. However, I know that I have many PTSD symptoms: I startle easily, sometimes diving for cover if there is an unexpected loud noise; I have anger management issues; I have a lot of animosity for anything to do with the Middle East and for

2

people from there; and when I go to a restaurant or other public place, I have to sit with my back to a wall and facing the entrance.

10.   I suffered both physical injuries and psychological wounds from the terrorist attack at the Khobar Towers.  I have tried to suppress or minimize both and to go on with my life, but I know that my life was never the same after June 25, 1996.  I have a deep sadness and sense of loss when I think of my co-workers who died there, and I know that will never be minimized or forgotten.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Nicholas L. MacKenzie

Executed on :  June 25, 2018

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
------------------------------------------------X
TODD AKINS                          :
     et al.,                        :
                    Plaintiffs,     :
                                    :
          -against-                 :      Case No. 2017-cv-00675(BAH)
                                    :
ISLAMIC REPUBLIC OF IRAN, et al.    :
                                    :
                    Defendants.     :
------------------------------------------------X
```

## DECLARATION OF PLAINTIFF JASON PORTER REMAR

Jason Porter Remar declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida. I am a plaintiff in this action.

3. I joined the Air Force in 1988. In 1996 I was serving at Eglin Air Force in the 58th Fighter Squadron as an Aircraft Crew Chief, maintenance. I was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, I was housed at the Khobar Towers residential complex there.

4. On that date, I had been preparing to leave as our tour of duty was almost over, and was outside the building where I was housed, building 131, walking in the parking lot not far away. I felt a rumble and saw a cloud of dust and gravel approaching me. I tried to run in the opposite direction, but it caught up to me, knocked me down, and carried me along the ground for about 15 or 20 feet. I was dazed and confused, not sure what had happened, and saw that I had numerous cuts and abrasions, but seemed otherwise ok. I felt like I had been sandblasted.

1

5. I saw some people starting to emerge from my building who seemed very badly wounded. Some were being carried on makeshift stretchers. There was a lot of blood. They were being taken to a makeshift triage area that had been set up near the dining facility. I went there to try to help and to seek treatment myself.

6. I don't remember anything immediately after that but I later woke up in a nearby Saudi hospital. Although they did not think I was hurt too bad, I stayed there to stay with my friends who were.

7. In the next few days I learned the names of my friends who were either very badly hurt or killed. It was very painful.

8. After I returned to Eglin I decided to stay in the Air Force. However, I was not the same person. I struggled with major depression and was prescribed medication. To this day I take medication for depression. I had symptoms of PTSD before the military really knew what it was. Today I try not to think about it. However, my depression started after the Khobar Towers attack and I believe it was largely caused by it.

9. I realize now that no matter how much I think of it, no matter how many memorials I attend, there is nothing I can do to bring my friends back. I have learned to try to cope with what happened in my own way, by trying to move forward and live each day as it comes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jason Porter Remar

Executed on : June 26, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-----------------------------------------------------x
TODD AKINS                              :
    et al.,                            :
                        Plaintiffs,    :
                                       :
        -against-                      :       Case No. 2017-cv-00675(BAH)
                                       :
ISLAMIC REPUBLIC OF IRAN, et al.       :
                                       :
                        Defendants.    :
-----------------------------------------------------x
```

DECLARATION OF PLAINTIFF THOMAS R. LAWRENCE

Thomas R. Lawrence declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of North Dakota. I am a plaintiff in this action.

3. I joined the U.S. Air Force in 1993. In 1996 I was serving at Hill Air Force base as an avionics specialist and was assigned a tour of duty to the Air Force base in Dharhan, Saudi Arabia. I arrived there on June 16, 1996. I was housed at the Khobar Towers residential complex there.

4. Although I ordinarily took a shower before getting ready for my shift at 11 pm local time, I did not do so on June 25, 1996, and stayed in bed to catch a few more minutes of sleep even after my alarm had gone off. That decision might have saved my life, because the bathroom had a glass window which blew in into the sink and shower area. Since I worked at night, my bedroom window was taped up to block the sunlight and did not blow in. I awoke to

1

the sound of a deep rumble and then the doors to my room blew in.

5. I was thrown out of bed and shaken up. I stumbled to my feet and tried to put on any clothes I could find in the dark. I ran out to the hall way and down the stairs, where there was chaos and confusion, and bloody footprints on the floor. Some people said that we were under attack, and attackers were coming over the fence. This turned out to be just the Saudi police coming to help.

6. I was taken to a triage area at the dining facility where I saw many very badly wounded Airmen, some on stretchers. My roommate from Tech School Todd Akins was being bandaged and stitched up. I returned to face the building where we had been housed and realized the magnitude of the explosion.

7. Since my tour of duty there had just started, I had to stay for almost three more months. Those were among the most excruciating days of my life. We were in fear of a repeat attack, and there were many "false alarms" when sirens sounded and the "giant voice" warned us through loudspeakers to take shelter wherever possible. I also helped the FBI personnel who were sent to investigate the attack. I helped them sift through rubble and collect blood-stained articles of clothing, pictures, clocks, and personal effects. We had to search areas with blood splattered on the walls and floors.

8. Since United States military operations were moving from Dharhan to a more remote location, we had to stay in place until that site became operational. We were told we were leaving 5 on separate occasions, which never happened, and we redeployed to Bahrain. Our tour was extended by over a month, adding to emotional stress of everything that had happened.

9. Although I was relieved to finally be allowed to go back to the United States, my life was never the same after that day. It took a while to get re-adjusted to life back in the States.

2

Not a day goes by that I don't think of my friends who were badly injured and those who died that day, and what could have happened to me if I had followed my usual routine that day. I still have flashbacks and have difficulty with things that bring back those memories.

10. In Airman Leadership School some years later, I was shocked to learn that a good number of the Air Force personnel there did not know of the Khobar Towers attack and were learning about it for the first time from me. It was this reason that I decided to use the Khobar Towers attack as my final presentation to the class. Although the preparation for the talk was difficult, I prepared and thought I was ready to make the presentation. However, when it came time to give the talk to the class, I could not because I was overcome by emotion and had to leave the room. The talk was a requirement for the class, however, and I had chosen this topic. After a few hours, my instructor asked me to come back and try again. I stumbled through the talk as best I could. I am not sure that either the instructor or the others in the class understood why it was so difficult for me.

11. For many years I tried to stuff everything down related to my experience. To this day I am often on edge or "superalert." I occasionally have nightmares and flashbacks, especially when there are triggers, such as explosions in movies. I have anxiety and have become more distant and quick to anger. In 2008, I sought and received psychological support. I have been diagnosed with a form of PTSD called "Adjustment Disorder with Anxiety." Exhibit A.

12. I know that I am not nearly the same person I was before the attack. I am more difficult to get along with for my wife and family. After the attack I was no longer the optimistic, outgoing young man I was before.

13. At the time of the attack, I had a younger sister, Andrea Jo Grimson, and two parents

3

who are still alive today, my father Bruce Russell Lawrence and my mother Kimi Lawrence.  I was also married to my wife Robyn Elizabeth Lawrence.  All of my immediate family named above suffered deep emotional distress when they first heard of the attack and saw the pictures of the devastation on television news reports.  They have also suffered distress because of the loss of the person I used to be, and having to tolerate the person I became.  All are also plaintiffs in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Thomas R. Lawrence

Executed on :  June 27, 2018

Exhibit A

# Progress Notes

Licensed Clinical Psychologist
Signed: 08/04/2008 09:29

LOCAL TITLE: PSYCHOLOGY CLINICIAN NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: JUL 28, 2008@15:31     ENTRY DATE: JUL 28, 2008@15:31:48
        AUTHOR: LAWLER,CASEY K      EXP COSIGNER:
        URGENCY:                           STATUS: COMPLETED

Individual Therapy: 50 minutes

Therapy Mode: Trauma Processing

Session #1

D: Mr. Lawrence presented to treatment and reported stable symptoms over the
past week. He initially appeared a bit reserved in treatment, but became more
engaged as the session progressed. His eyes became tearful at times, but he
appeared to be trying to suppress these emotions. No suicidal risk reported.
The purpose of this session was to explore a traumatic military incident.
The veteran discussed a bombing incident in Saudi Arabia where 19 people were
killed. He displayed little affect for much of the discussion, but did become
tearful on 2 occasions (when he noted telling his mother about the incident and
watching his friend react to the deaths). He further discussed strong anger that
the public has forgotten the incident and are second guessing the current War.
As this was only the second session, more time was spent providing empathy to
the veteran and encouraging him to provide more details. At the end of the
session, he stated that his presentation today was typical (except he had once
became tearful with his wife). It was discussed that holding back his emotions
is likely one reason it continues to strongly impact him.

Goals: Process traumatic military incident.

A:
Axis I:   Adjustment Disorder with Anxiety
Axis II:  No Diagnosis

P: The veteran will return for another session in 1 week. He was asked to write
down how core values have changed since the trauma.


/es/ Casey K. Lawler, Ph.D.
Licensed Clinical Psychologist
Signed: 07/28/2008 15:40

LOCAL TITLE: PSYCHOLOGY CLINICIAN NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: JUL 23, 2008@14:29     ENTRY DATE: JUL 23, 2008@14:29:45
        AUTHOR: LAWLER,CASEY K      EXP COSIGNER:

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)
LAWRENCE,THOMAS RUSSELL
2701 9 1/2 ST N
FARGO, NORTH DAKOTA  58102

VISTA Electronic Medical Documentation
Printed at FARGO VA HCS

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
---------------------------------------------------x
TODD AKINS                                         :
                                                   :
      et al.,                                      :
                          Plaintiffs,              :
                                                   :
            -against-                              :       Case No. 2017-cv-00675(BAH)
                                                   :
ISLAMIC REPUBLIC OF IRAN,  et al.                  :
                                                   :
                          Defendants.              :
---------------------------------------------------x
```

## DECLARATION OF PLAINTIFF ROBYN ELIZABETH LAWRENCE

Robyn Elizabeth Lawrence declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of North Dakota. I am a plaintiff in this action.

3. I married my husband Thomas R. Lawrence in 1995. In 1996 he was serving a tour of duty at the U.S. Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, my husband Thomas was present at the Khobar Towers residential complex there.

4. On that date, when I came home from attending court I had 16 messages on my voice mail. The first one asked if I knew whether Thomas was dead or alive. That got my heart racing because I did not know what happened yet. The other messages were from family members who were telling me what had happened. I gradually realized that there had been a horrific attack at the Khobar Towers, where I knew my husband was stationed. Fortunately the second message

1

was from my husband and he said that he was basically ok. Nonetheless I was very upset, in part because I didn't know whether he may have been trying to minimize his injuries. I cried, I hyperventilated, and I asked a friend to sleep over with me.

5. I was even more upset when I saw some of the news coverage of what had happened at the Khobar Towers. I feared that there may be another attack. I imagined what Thomas must have gone through.

6. I stayed home from work for several days. It seemed like forever before I could see Thomas again because his tour of duty had just started and the Air Force made him stay there. During that time when I went back to work I had to see images and videos of the destruction on cable news at my workplace. Finally I asked my boss to make sure the cable news was not on while I was working in that period because it caused me continued distress. He agreed. During this time I was especially fearful because I had already lost both my parents when I was just seven years old. I feared that I might now lose Thomas as well. I was very worried about losing Thomas and these thoughts kept bothering me round the clock.

7. When he returned home, he was changed. He used to be optimistic and enjoyed joking around. He seemed distant and moody at times. He was irritable and his temper was much shorter. He did not want to talk about what happened at the Khobar Towers. In fact, it was many years before we were able to discuss anything related to that. Eventually I convinced Thomas to seek professional help and he did.

8. Because of what Thomas went through and because of his PTSD, I believe that I also have some degree of PTSD. We have always been very close, and I think my childhood experience in losing both my parents at seven made me more susceptible to it.

I declare under penalty of perjury under the laws of the United States of America that the

2

foregoing is true and correct.

_____
Robyn Elizabeth Lawrence

Executed on :  June 27, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
------------------------------------------------X
TODD AKINS                           :
                                     :
    et al.,                          :
                          Plaintiffs,:
                                     :
        -against-                    :        Case No. 2017-cv-00675(BAH)
                                     :
ISLAMIC REPUBLIC OF IRAN,  et al.    :
                                     :
                          Defendants.:
------------------------------------------------X
```

## DECLARATION OF PLAINTIFF KIMI LAWRENCE

Kimi Lawrence declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen, proudly. I am currently a resident of North Dakota. I am the mother of Thomas R. Lawrence and I am a plaintiff in this action.

3. In 1996 my son Thomas R. Lawrence (also a Plaintiff in this action) was serving a tour of duty in the United States Air Force when he was stationed at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, my son Thomas was present at the Khobar Towers residential complex there.

4. On that date, I was doing some housework and had the radio on and heard from a news bulleting that there had been a truck bomb explosion at the Khobar Towers in Saudi Arabia. I felt like my world had fallen out from under me. I began to cry. I tried calling my husband right away but could not get hold of him at first. I did not tell Andrea anything at first.

1

I called my mon and she had heard the same news and said that she was praying for Tom. I saw some of the images of destruction and rubble on tv cable news and became even more worried and distraught.

5. I did not find out that my son survived for several more hours, and then only indirectly from his wife, Robyn, who still sounded quite distraught and said only that she had a voice message from Tom.

6. I spoke to my husband after a while and told him what happened. He was a long haul trucker and was near Chicago. He drove all the way home that day without any significant stops.

7.    I felt terrible anxiety for quite a while. It felt like I had to throw up, but didn't. I continued to be worried because Tom stayed there for quite a while longer. I knew he was still in the danger zone, and it was a long time before I could see him again and hug him and count his fingers and toes.

8. After I heard of the bombing, I knew that Tom would not be the same person that he was when he left but I was surprised how much he changed when he came back. I could see it in his face and his behavior. He seemed to want to suffer in silence for quite a while.

9. Because of this anxiety and the change in Tom a sort of depression came over me. I wanted to help him but couldn't. This made me feel helpless and depressed. We had always been very close—I was eighteen when Tom was born, and in a sense we had grown up together.

10. It was difficult for me to see the change in Tom. He had been good-natured and optimistic, but returned much more cautious, withdrawn, and moody. He also seemed to lose confidence in things. He and my daughter Andrea had been especially close as they grew up, and the change in Tom affected her quite a bit too.

11. I know the experience my son went through deeply and adversely affected all of us

2

who were part of his immediate family, and some of the after-effects of that terrible day still linger with all of us.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kimi Lawrence

Executed on : June 28 2018

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------x
TODD AKINS                         :
                                   :
    et al.,                        :
                       Plaintiffs, :
                                   :
        -against-                  :      Case No. 2017-cv-00675(BAH)
                                   :
ISLAMIC REPUBLIC OF IRAN, et al.   :
                                   :
                      Defendants.  :
-------------------------------------------------x
```

## DECLARATION OF PLAINTIFF BRUCE RUSSELL LAWRENCE

Bruce Russell Lawrence declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of North Dakota. I am the father of Thomas R. Lawrence and I am a plaintiff in this action.

3. In 1996 my son Thomas R. Lawrence was serving a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, my son Thomas was present at the Khobar Towers residential complex there.

4. On that date, I heard about the truck bombing from my wife, who informed me by phone. Although I was about 750 miles away, I drove back home all the way that day and night because I wanted to be back with my wife and daughter as soon as possible. I also realized that I couldn't have slept anyway.

5. When I saw what happened on the tv news, I became angry and it made me want to go

1

over there to help catch and punish the terrorists. I realized that I had to be strong for my wife and daughter, however.

6. I was worried and fearful for quite a while because I knew my son had to stay in the danger zone for several more months.

7. I also was dismayed when I saw the changes in Tom when he returned. He was more withdrawn and cautious. I have seen him hit the dirt and dive under a trailer when there have been fireworks nearby. I had no way of dealing with these changes to my son except to go in my truck and drive. But my whole family was affected and had to adjust to the new reality of how Tom had changed. Andrea was angry that the bombing had changed and threatened her big brother. My wife became more stressed out. She was prescribed medicine for depression. I was always angry about what happened and about how ineffective the investigation and pursuit of the terrorists seemed to be.

8. When Tom moved back to North Dakota, we did have a chance to go over some of these issues, but I generally believed it was best not to stir things up too much. I know the experience deeply and adversely affected him as well as all of us who were part of his immediate family, and some of the after-effects of that terrible day still linger with all of us.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Bruce Russell Lawrence

Executed on : June 18, 2017

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------x
TODD AKINS                                      :
                                                :
        et al.,                                 :
                                Plaintiffs,     :
                                                :
                -against-                       :        Case No. 2017-cv-00675(BAH)
                                                :
ISLAMIC REPUBLIC OF IRAN, et al.                :
                                                :
                                Defendants.      :
---------------------------------------------------------x

### DECLARATION OF PLAINTIFF ANDREA JO GRIMSON

Andrea Jo Grimson declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of North Dakota. I am a plaintiff in this action.

3. In 1996 my brother Thomas R. Lawrence (also a Plaintiff in this action) was serving in the United States Air Force when he was stationed at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, my brother Thomas was present at the Khobar Towers residential complex there. I was eleven years old at the time.

4. On that date, I was not informed of what had happened. I was home with my mom but she did not tell me what happened until my father returned from Chicago. When my Dad did return, from some 700 miles away, my parents sat me down and told me what happened. I was shocked because I was very close to my brother. I had already missed him terribly when he left

1

to join the Air Force. I sometimes went to his room and cried because he was not there. When I saw what had happened at the Khobar Towers happened on tv I became scared I may never see him again because I thought there may be another attack like that again. I still worry whether he will ever return whenever he leaves to go overseas.

6. A few years later when 9/11 happened, and we saw the World Trade Towers collapse on tv, I was at school. Some of my classmates did not take it seriously and I had to leave the class room to go the bathroom. When I returned I got angry with my classmates and yelled at them for not taking it seriously enough. I felt they did not understand the severity of such attacks the way I did. I had to leave school early that day.

7. Before that I did not understand how much my brother's experience affected me as well. I have been diagnosed with anxiety and depression issues and have been on medication since I was 16. I missed and mourned the optimistic and active young man who had been my brother. He clearly was not the same after he returned. He became overly cautious and overly protective, especially with me.

8. I also have had to help out with my mom who became very depressed and anxious.

9. We are a small and very close family. I was close to my older brother Thomas and love him very much. I know that his experience at the Khobar Towers adversely affected all of us who were part of his immediate family, and some of the after-effects of that terrible day still linger with all of us.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Andrea Jo Grimson

Executed on : June 27, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------x
TODD AKINS                          :
                                    :
    et al.,                         :
                    Plaintiffs,     :
                                    :
        -against-                   :     Case No. 2017-cv-00675(BAH)
                                    :
ISLAMIC REPUBLIC OF IRAN, et al.    :
                                    :
                    Defendants.     :
-------------------------------------------------x
```

DECLARATION OF PLAINTIFF TRACY MATTHEW WINTER

Tracy Matthew Winter declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Georgia. I am a plaintiff in this action.

3. I joined the Air Force in 1993. In 1996 I was serving in the 58th Fighter Squadron as a maintenance crew chief at Eglin Air Force Base. We were assigned a tour of duty to Dharhan Saudi Arabia. On June 25, 1996, I was present at the Khobar Towers residential complex there.

4. On that date, I was exiting the kitchen area of our building on the first floor when I was thrown on the floor by a blast that shattered some glass doors in front of me. Although I was hit by many pieces of flying glass, I was shielded to some extent by two men who were next to me but closer to the glass.

5. I went to the triage area because I was bleeding. I received eleven stitches there. I saw many Airmen with much worse injuries there.

1

6. When we returned to Eglin Air Force base I received some additional treatment for my wounds. I decided to leave the Air Force but had a hard time holding a job. I was arrested and imprisoned for two years for trafficking in drugs. In prison I spoke with a psychiatrist who helped me realize for the first time that I was having trouble processing what had happened to me in the attack at Khobar Towers.

7. Since that time my life has stabilized considerably, with children and a family. But I still have recurring nightmares that wake up my wife because I cry out in my sleep without realizing it. Some recurring nightmares have me trying to scream but no sound comes out, or trying to shoot a gun but the bullets just roll out.

8. I have been diagnosed with PTSD and tinnitus and am rated as 70 percent disabled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Tracy Matthew Winter

Executed on : June 22, 2018

2

Exhibit A



# DEPARTMENT OF VETERANS AFFAIRS
## Atlanta Regional Office
### P. O. Box 100021
### Decatur, GA  30031-7021

## TRACY M. WINTER

### VA File Number
### 252 35 6921

### Represented by:
### AMERICAN LEGION

### Rating Decision
### April 20, 2012

## EVIDENCE

- VA Form 21-526, "Veterans Application For Compensation or Pension" received October 13, 2011
- VA Duty to Assist Notification Letter dated January 30, 2012
- Lay Statement, Angela Rose, received February 27, 2012
- Lay Statement, Bryan Fox, received February 27, 2012
- VA Form 21-0781, "Statement in Support of Claim for Service Connection for Post-Traumatic Stress Disorder (PTSD)" received February 27, 2012
- Post Traumatic Stress Disorder Disability Benefits Questionnaire, QTC Medical Services, dated March 9, 2012
- Hearing Loss and Tinnitus Disability Benefits Questionnaire. QTC Medical Services, dated February 21, 2012
- Service treatment records from October 1992 through December 1996
- Treatment reports, VA Medical Center, Atlanta, GA, from September 15, 2011 through November 21, 2011
- Treatment reports, VA Medical Center, Dublin, GA, from June 3, 2010 through August 26, 2010

## REASONS FOR DECISION

### Service connection for post traumatic stress disorder.

Service connection may be granted for specific diseases or conditions which are presumed to have been caused by service if manifested to a compensable degree following military discharge. Although not shown in service, service connection for post traumatic stress disorder has been granted on the basis of presumption.

We have assigned a 70 percent evaluation for your posttraumatic stress disorder based on:

  o Difficulty in adapting to stressful circumstances
  o Neglect of personal appearance and hygiene
  o The examiner's assessment of your current mental functioning, which is partially reflected in your Global Assessment of Function score found below.
  o Difficulty in establishing and maintaining effective work and social relationships
  o Disturbances of motivation and mood
  o Flattened affect
  o Anxiety
  o Chronic sleep impairment
  o Depressed mood
  o Mild memory loss
  o Panic attacks (less than weekly)
  o Suspiciousness
  o Occupational and social impairment due to mild or transient symptoms which decrease work efficiency and ability to perform occupational tasks only during periods of significant stress

Your Global Assessment of Function (GAF) score is 50. A range of 41-50 indicates serious symptoms; or any serious impairment in social, occupational, or school functioning.

A higher evaluation of 100 percent is not warranted unless there is total occupational and social impairment, due to such symptoms as:

  o Gross impairment in thought processes or communication;
  o Persistent delusions or hallucinations;
  o Grossly inappropriate behavior;
  o Persistent danger of hurting self or others;
  o Intermittent inability to perform activities of daily living (including maintenance of minimal personal hygiene);
  o Disorientation to time or place; memory loss for names of close relatives, own occupation, or own name.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
--------------------------------------------------------x
TODD AKINS                            :
                                      :
       et al.,                        :
                        Plaintiffs,   :
                                      :
           -against-                  :        Case No. 2017-cv-00675(BAH)
                                      :
ISLAMIC REPUBLIC OF IRAN,  et al.     :
                                      :
                        Defendants.   :
--------------------------------------------------------x
```

## DECLARATION OF PLAINTIFF ANGELA ROSE

Angela Rose declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Georgia. I am a plaintiff in this action.

3. In 1996 my son Tracy Matthew Winter was serving a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was present at the Khobar Towers residential complex there.

4. On that date, I heard on the car radio that there had been some sort of attack and explosion there. My heart was racing and I turned around and headed home. I turned on the tv news and saw the horrific images of what had happened there. I was extremely distressed and distraught, not knowing if my son was alive or dead.

5. Many hours later I received a call that he was alive.

6. When Tracy came home I noticed he was changed, however. The sparkle in his eyes

1

was gone. He slept on the floor with a gun next to him. He had always made new friends easily but now he did not. Instead, he became distant. He told me he had headaches and was under a lot of stress. He shied away from people he perceived as being from the Middle East.

7. He becomes very emotional when anything reminds him of what happened, like anniversaries of the event or reunions with his buddies.

8. He does not want to talk with me about what happened. But I know it hurt him deeply, and he was a changed man when he returned.

9. I was close to my son and loved him very much. I suffered severe emotional distress when I heard of the attack and saw pictures of the rubble and devastation on television news reports following the attack. It took quite some time for me to learn that my son had survived, despite his injuries.

10. My son has continuing psychological issues, including PTSD, as a result of being a victim of the terrorist attack that day. Our whole family has been adversely affected to this day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Angela Rose
Angela Rose

Executed on : June 28, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
--------------------------------------------------x
TODD AKINS                                 :
                                           :
     et al.,                               :
                          Plaintiffs,      :
                                           :
          -against-                        :      Case No. 2017-cv-00675(BAH)
                                           :
ISLAMIC  REPUBLIC  OF IRAN,  et al.        :
                                           :
                          Defendants.      :
--------------------------------------------------x
```

DECLARATION OF PLAINTIFF BONNIE C. WADE

Bonnie C. Wade declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Roanoke, Virginia. I am a plaintiff in this action.

3. In 1996 my son Alan Jeffrey Wade was serving a tour of duty in the United States Air Force when he was stationed at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was present at the Khobar Towers residential complex there.

4. On that date, I learned of the bomb attack on the television national news. My husband and I watched and listened with increasing horror and fear as reports came in of the building collapse and destruction of the living quarters. We were given a phone number at the Air Force to call to get information about our loved ones, but it was so overloaded we could not get through.

1

5. I remember that my anxiety about my son grew severe. My heart was racing and skipping beats. My breathing was rapid and labored. I felt like all energy had drained out of me.

6. I didn't find out that my son had survived until about seven hours after first learning of the attack and seeing the devastation it caused on television. At that point it was about 1.30 am our time, and Alan was allowed to call us to let us know that he had survived, although he had sustained injuries.

7. Alan was a carefree and happy young man when he left for Saudi Arabia. When he returned, I noticed some significant changes right away, even aside from his physical injuries. He isolated himself from family members; he had anger management problems; he had a hard time maintaining any employment. We worried about him a lot. If we couldn't contact him for a long time we would drive to his house to check on him. One time we used our key to enter because he didn't respond to the doorbell, and he became very angry and threatened us.

8. Alan has been diagnosed with PTSD and major depressive disorder. He has been treated in a psychiatric hospital as well as on an outpatient basis. In January 2018 he again needed hospitalization. He is prescribed medications to help him but I am not sure he takes them.

9. I would like to think that he is being helped but I am not sure. I know there is no complete cure for PTSD. I worry about Alan every day. I have trouble sleeping because I reprocess all my worries and concerns about Alan.

10. We have helped Alan financially but my husband and I are in our late seventies and we worry about what will happen to Alan after we are no longer able to assist him.

11. I realize that the bomb attack that Alan lived through has changed him inalterably, and that it has deeply and adversely affected not just his life, but the lives of all those who love

2

him, including myself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Bonnie C. Wade*
Bonnie C. Wade

Executed on : June 23, 2018

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------x
TODD AKINS                                      :
                                                :
      et al.,                                   :
                            Plaintiffs,         :
                                                :
          -against-                             :          Case No. 2017-cv-00675(BAH)
                                                :
ISLAMIC REPUBLIC OF IRAN, et al.                :
                                                :
                            Defendants.         :
------------------------------------------------------x

DECLARATION OF PLAINTIFF MICHAEL KEVIN WADE

Michael Kevin Wade declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Virginia. I am a plaintiff in this action.

3. I am the brother of Alan Jeffrey Wade, also a plaintiff in this action. Alan and I had grown up together and shared many great family experiences together. We were close growing up and stayed in close touch even after he enlisted in the Air Force.

4. In 1996 my brother Alan was serving a tour of duty in the United States Air Force when he was stationed at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was present at the Khobar Towers residential complex there.

5. On that date, I learned of the bomb attack there when I arrived home from work a little after 7pm local time. I turned on the tv and saw the destruction and rubble. I was very anxious and terrified that my brother may have been killed in the blast.

1

6. I called an information line that had been set up by the Air Force, but all I got was a busy signal. I checked frequently with my parents but they also could not get through and couldn't tell me anything. This lasted for hours, but eventually at 2 am I heard from my Dad that they had heard from Alan. I was relieved, but still got almost no sleep that night.

7. The years after Alan returned showed the devastating impact the terrorist attack had on his life. He frequently lost his temper, and had trouble holding any jobs.

8. Over time, Alan got worse. He received psychiatric help but I am not sure it did much good. He frequently sent me and other family members bizarre and delusional emails. He was suspicious of our motives when we tried to help him.

9. I am afraid I may never again be able to experience the warm and close relationship I had with Alan again. There is no doubt in my mind that the attack caused him to become a different person, and it has made me sad and distressed to this day.

10. I was very close to my brother and loved him. My brother has continuing physical and psychological issues, including PTSD, as a result of being a victim of the terrorist attack that day. Our whole family has been adversely affected to this day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Michael Kevin Wade

Executed on : June 23, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-----------------------------------------------------x
TODD AKINS                                           :
                                                     :
      et al.,                                        :
                              Plaintiffs,            :
                                                     :
             -against-                               :       Case No. 2017-cv-00675(BAH)
                                                     :
ISLAMIC  REPUBLIC  OF IRAN,  et al.                  :
                                                     :
                              Defendants.            :
-----------------------------------------------------x
```

DECLARATION OF PLAINTIFF THOMAS H. WADE

Thomas H. Wade declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Roanoke Virginia. I am the father of Alan Jeffrey Wade and a plaintiff in this action.

3. In 1996 my son Alan Jeffrey Wade was serving a tour of duty in the United States Air Force when he was stationed at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was present at the Khobar Towers residential complex there.

4. On that date, I first learned of the attack on the television news at about 6.30 pm. We saw the pictures of the devastatiuon and the rubble that was left of one of the Khobar Towers buildings, and I was very worried. I feared that my son was critically injured or worse, but I tried to keep hope alive because my wife was in a panic state.

5. We called the Air Force and were given a hotline number but couldn't get through. At

1

around 1.30 am we finally heard from Alan and learned that he had survived, although with injuries.

6. After Alan returned to the United States he was awarded a Purple Heart. He refused to attend the presentation ceremony. It became obvious that he had emotional issues. He did not want to talk about his experience in Saudi Arabia.

7. It became clear to his mother and me that the carefree, optimistic young man who had left for Saudi Arabia was no longer the same. He withdrew from his family and isolated himself. Alan was a talented and smart person. However, the after-effects of his experience in Saudi Arabia were undermining him and eating away at his ability to keep employment or maintain relationships, even with his family who loved and tried to help him.

8. Within the last year my son's condition has deteriorated. He has required further hospitalization and psychiatric care.

9. My wife and I worry about our son. We mourn the loss of the happy and optimistic young man who joined the Air Force. We know that there is not likely to be any complete cure for his PTSD or major depression, but continue to try to help him in any way we can.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Thomas H Wade*
Thomas H. Wade

Executed on : June 23, 2018

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------x
TODD AKINS                              :
    et al.,                            :
                          Plaintiffs,  :
                                       :
         -against-                     :        Case No. 2017-cv-00675(BAH)
                                       :
ISLAMIC REPUBLIC OF IRAN, et al.       :
                                       :
                          Defendants.  :
-------------------------------------------------x
```

DECLARATION OF PLAINTIFF RICHARD M. WILLIAMS

Richard M. Williams declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Mississippi. I am a plaintiff in this action.

3. In 1996 my son Kevin S. Williams was serving at Offut Air Force base in Omaha, Nebraska, as an Accounting Officer. He was assigned a tour of duty at the Air Force base in Dharhan, Saudi Arabia. On June 25, 1996, he was housed at the Khobar Towers residential complex there.

4. On that date, my son Kevin S. Williams was injured in the terrorist attack. He had just returned from jogging and was sitting in the window well of his room, and was blown across the room and against the wall in the back by the force of the blast. He suffered injuries to his head and body. He was awarded a Purple Heart.

5. I first heard that there had been an attack and explosion at the Khobar Towers later

1

that day from my ex-wife, Kevin's mother. She called to say she had had seen a news report on television about something that happened at the Khobar Towers and told me to turn on the television news. I was shocked and dismayed to see pictures of the rubble and devastation.

6.. Needless to say I was extremely anxious, not knowing whether Kevin had survived or suffered serious injury. I stayed glued to the news and stayed in touch with many of Kevin's friends, but for about 48 hours we had no news whatsoever about Kevin.

7. During that time my wife and I and my younger son became nervous wrecks. Finally, after about 48 hours, we heard from one of Kevin's close friends still in the United States that he had seen footage on the cable news of Kevin being evacuated on a stretcher. The friend said Kevin was moving and was clearly alive. Soon thereafter we heard from Kevin himself and were deeply grateful and relieved to learn that, although he had been wounded, he would be ok.

8. I have always been very close to Kevin, even after he left home. I moved to be near him after he joined the Air Force, and we would get together on holidays and often at other times as well, even when he was later stationed at more distant locations. That closeness continues to this day.

9. When Kevin was assigned to Dharhan, I thought that he was a very optimistic and almost carefree young man. After he returned, I thought he became much more serious, and I know that he sometimes experiences flashbacks and is saddened when he thinks about what happened at the Khobar Towers.

10. Kevin has made a good career in the Air Force, reaching the rank of Colonel, and I am very proud of him. But I suffered great mental anguish and emotional distress when I learned of the bombing, and before I learned that he would be ok, and I know that Kevin's life and my own were never the same after that attack.

2

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Richard M. Williams

Executed on : June 27, 2018

3