UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-----------------------------------------------------x
TODD AKINS                             :
                                       :
    et al.,                            :
                        Plaintiffs,    :
                                       :
        -against-                      :    Case No. 2017-cv-00675(BAH)
                                       :
ISLAMIC REPUBLIC OF IRAN,  et al.      :
                                       :
                        Defendants.    :
-----------------------------------------------------x
```

DECLARATION OF PLAINTIFF ERIC DALE ZIEGLER

Eric Dale Ziegler declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Arizona. I am a plaintiff in this action.

3. I joined the Air Force in June 1981 straight out of High School. In 1996 I was stationed at Eglin Air Force base and worked as a crew chief, aircraft maintenance with the 58th Fighter squadron. Around April I was assigned a three month tour of duty to Dharhan Saudi Arabia. I was housed at the Khobar Towers residential complex.

4. On June 25, 1996, in the evening I was preparing to go home the next day with the rest of my squadron. I was sitting on my bed in my bedroom when a huge blast hit. I noticed that one moment I was sitting on the bed and the next I was sitting on the floor across the room. I had four suite mates who I shared the living quarters with. Three were in the "living room" area of our suite and the fourth was in his bedroom. All of them died.

1

5. They were Patrick Fennig, Jeremy Taylor, Brent Marthaler, and Than Nguyen.

6. After the blast, when I came to, I was crawling to try to get out. I couldn't walk and could barely see. A work-out buddy of mine saw me and helped carry me. On the way out we tried to help Pat Fennig, but he was too badly injured to be moved. I held him and stayed with him until he died.

7. I was taken first to a triage area. Then they wanted to take me to a Saudi Hospital but I refused. Eventually they took me to the Aramco hospital. Aramco was an oil company.

8. from there I was airlifted to Ramsteing in Germany, and then transferred to to the Landstuhl military hospital. Eventually I was airlifted back to Eglin Air Force base.

9. Although I received good medical care at all the locations, the extent of my injuries didn't become clear until a week or two later. I knew I had deep cuts and abrasions to my face, scalp, and right eye, right upper arm, right knee and back. But it also became clear that I also had a broken neck which required surgery and I also had nerve damage. I had surgery to repair the neck and nerve issues which required insertion of metal plates and six screws to be installed to hold my spine in place. I have also undergone two major back surgeries and two major right knee surgeries including a total knee replacement.

10. To this day I have continuing pain in my left arm with diminished use and feeling, and also intermittent pain in both legs with some diminished use and feeling. I take pain medications daily.

11. The psychological after-effects were even more devastating. I remember Pat dying in my arms, and I remember the sight of my suite mates lying dead in the living room. I still have nightmares; I am hypervigilant and have had anger issues; I stay away from people and crowds. My wife of that time, Nancy Kilfoyle, believes these changes were a major factor in the

2

ending of our marriage in divorce in 2007.

12. I have been diagnosed as having suffered Traumatic Brain Injury. I also have been diagnosed as having PTSD. I am rated as 100 percent disabled by the VA. Exhibit A.

13. These are the bare objective facts. What is harder to put into words is the feeling I have when I think of my brothers in arms who never came back, and seeing my suite mates dead or dying. Although my life has continued, it has never been, and never will be, the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**ZIEGLER.ERIC.D.1** Digitally signed by ZIEGLER.ERIC.D.1156569301
DN: c=US, o=U.S. Government, ou=DoD,
ou=PKI, ou=DCMA,
cn=ZIEGLER.ERIC.D.1156569301
**156569301** Date: 2018.06.30 15:00:47 -07'00'

Eric Dale Ziegler

Executed on : June 30, 2018

# EXHIBIT A



**DEPARTMENT OF VETERANS AFFAIRS**
**810 Vermont Ave NW**
**Washington, D.C. 20420**

March 25, 2016

Eric D Ziegler                                    In Reply Refer to:
18160 N 63rd Drive                                xxx-xx-6787
Glendale, AZ 85308                                27/eBenefits

Dear Mr. Ziegler:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-6787

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
| --- | --- | --- | --- |
| Air Force | Honorable | June 29, 1981 | June 30, 2003 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
| --- | --- |
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 100% |
| **Your current monthly award amount is:** | $XXXX.XX |
| **The effective date of the last change to your current award was:** | December 01, 2015 |
| **You are considered to be totally and permanently disabled due solely to your service-connected disabilities:** | Yes |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.
- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.
- Ask a question on the Internet at https://iris.va.gov.

Sincerely,

Robert T. Reynolds, Director
Benefits Assistance Service

# Rated Disabilities

Table of Rated Disabilities

| Disability | Rating | Decision | Effective Date |
|---|---|---|---|
| lumbar spine degenerative disc disease, disc spur complex and right lateral disc protrusion, L3-4 (also claimed as severe pain in the upper shoulder area in the center of back) (formerly w/left lower extremity radiculopathy claimed as left leg numbness) | 20% | Service Connected | 11/05/2015 |
| left lower extremity radiculopathy | 10% | Service Connected | 07/01/2003 |
| radiculopathy, right lower extremity | 20% | Service Connected | 02/20/2015 |
| anterior cervical diskectomy and fusion at C5-6 and C5-6 and C6-7 | 30% | Service Connected | 02/20/2015 |
| radiculopathy, left upper extremity (major) | 40% | Service Connected | 02/20/2015 |
| nose condition (claimed as broken nose now claimed as nasal fracture residuals) | | Not Service Connected | |
| tension headaches (claimed as post-traumatic headache and thunder clap headache) | | Not Service Connected | |
| post traumatic stress disorder | 50% | Service Connected | 07/01/2003 |
| traumatic brain injury (TBI) | 10% | Service Connected | 11/05/2015 |
| scar in the left lateral brachial area | 10% | Service Connected | 12/07/2015 |
| tinnitus | 10% | Service Connected | 07/01/2003 |

Table of Rated Disabilities

| Disability | Rating | Decision | Effective Date |
|---|---|---|---|
| scar over the dorsum of the right thumb and puncture wound right hand | 20% | Service Connected | 12/07/2015 |
| scar over the right eye and left aspect of the nose, scar, right anterior neck status post anterior cervical discectomy | 30% | Service Connected | 12/07/2015 |
| scar on the posterior left calf | 10% | Service Connected | 07/01/2003 |
| scar in the right little toe plantar aspect | 0% | Service Connected | 07/01/2003 |
| right knee tricompartmental degenerative joint disease with baker's cyst and right quadriceps muscle atrophy and weakness (claimed as status post right knee meniscal tear, 2nd to trauma with mild degenerative changes and status post surgical repair) | 10% | Service Connected | 07/01/2003 |
| muscle atrophy, right lower extremity | 40% | Service Connected | 11/05/2015 |
| left hip strain | 10% | Service Connected | 07/01/2003 |
| benign positional vertigo | 10% | Service Connected | 08/31/2004 |
| bilateral onychomycosis | 0% | Service Connected | 07/01/2003 |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------x
TODD AKINS                              :
                                        :
    et al.,                             :
                     Plaintiffs,        :
                                        :
         -against-                      :    Case No. 2017-cv-00675(BAH)
                                        :
ISLAMIC REPUBLIC OF IRAN,  et al.       :
                                        :
                     Defendants.        :
-------------------------------------------------x

## DECLARATION OF PLAINTIFF CHRIS GALLETTO

Chris Galletto declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States of America and have been at all times throughout my life a United States citizen. I am currently a resident of Florida. I am a plaintiff in this action.

3. I joined the Air Force in 1991, and became a crew chief, aircraft maintenance, at Eglin Air Force base. I was assigned to and served with the 58th Fighter Squadron I developed many close friendships with the Airmen of the 58th with whom I served.

4. I was assigned to a tour of duty at Dharhan Air Force Base, where I was housed at the Khobar Towers complex. I was good friends at that time with Frank Sills, Dan Cafourek, Kendall Kittson, and Earl Cartet. I was housed in the building closest to the perimeter.

5. In June 1996 I was still in in the Air Force but assigned to Ramstein Air Force base in Germany. I was on leave when I heard the news of the terrorist attack. I immediately sought out as much information as I could find. My blood ran cold when I saw the news reports on

1

television and saw how the building I had been in had been reduced to rubble.

6. I learned from my friends that Dan Cafourek, Kendall Kittson, and Earl Cartet were among the dead, and that Frank Sills had been injured. I felt a tremendous sense of grief and loss. I also began to feel some guilt and wished that I had been there to help out in some way.

7. I immediately made arrangements to attend the Memorial scheduled for Eglin Air Force Base. I have attended the Memorial there almost every year since.

8. I am rated as 100 percent disabled by the VA, which rating includes 50 percent attributable to my PTSD and survivor's guilt. Exhibit A.

9. I have nightmares and take antidepressant medications. I have never come to grips with the loss of three of my closest friends on that terrible day.

10. Although I was not physically present on that date, I suffered deep emotional distress and mental anguish when I heard of the terrorist attack which took the lives of so many of my brothers and sisters in arms, and left many more injured and sustaining life-altering deficits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Chris Galletto

Executed on : June 27, 2018

2

EXHIBIT A

# Department of
# Veterans Affairs

PO BOX 1437
ST PETERSBURG FL 33731

December 26, 2013

Veteran's Name:
Galletto, Christopher

C F GALLETTO
932 EMILY CIR
FORT WALTON BEACH FL   32547

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

### --America is Grateful to You for Your Service--

Our records contain the following information:

## Personal Claim Information:
Your VA claim number is:
You are the Veteran

## Military Information:
Your character(s) of discharge and service date(s) include:

Air Force, Honorable, 26-Apr-1991 - 30-Apr-2013

(You may have additional periods of service not listed above)

## VA Benefits Information:
Service-connected disability:  Yes
Your combined service-connected evaluation is:  100 PERCENT
The effective date of the last change to your current award was:  01-DEC-2013
Your current monthly award amount is:  $2.858.24

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

S. L. SMITH
VETERANS SERVICE CENTER MANAGER

# VA Benefit Details



SERVICE-CONNECTED DISABILITY:  A condition incurred during or aggravated by military service, for which the Veteran is receiving VA benefits.

COMBINED SERVICE-CONNECTED EVALUATION:  The Veteran's disability rating for all conditions determined to be service-connected.

CURRENT MONTHLY AWARD AMOUNT:  The monthly monetary benefit paid to the Veteran or survivor receiving benefits under a VA program.

NON-SERVICE-CONNECTED PENSION:  Benefit for a non-service connected Veteran who meets specific criteria, which include disability or age, wartime service, minimum length of service, and income restrictions. If a Veteran is eligible for service-connected benefits and pension benefits, VA will pay the higher benefit.

INDIVIDUAL UNEMPLOYABILITY (IU):  The Veteran is receiving payment at the 100 percent rate, even though the combined service-connected evaluation is not 100 percent. The Veteran's service-connected conditions cause him/her to be unable to obtain or maintain substantially gainful employment because of the Veteran's service-connected conditions. The Veteran must periodically certify continued unemployability, but if there is no scheduled future reduction or medical examination required, he/she may be considered by some states to be permanently and totally disabled.

PERMANENT AND TOTAL (P&T) DISABILITY:  The Veteran is considered by VA to be permanently and totally disabled because of his/her service-connected conditions.

SPECIAL MONTHLY COMPENSATION: The Veteran is receiving additional compensation for one or more of the following: a service-connected loss of or loss of use of one or more specific organs or extremities; a combination of severe disabilities; is 100 percent disabled and housebound, bedridden, or in the need of the aid and attendance of another person.

SPECIALLY ADAPTED HOUSING and/or SPECIAL HOME ADAPTATION GRANT:  Grants provided by VA to service-connected veterans and service members to help build a new specially adapted house, to adapt a home they already own, or buy a house and modify it to meet their disability-related requirements.

# Wartime Service Periods

**Mexican Border Period:** May 9, 1916, through April 5, 1917, for veterans who served in Mexico, on its borders or in adjacent waters.

**World War I:** April 6, 1917, through Nov. 11, 1918; for veterans who served in Russia, April 6, 1917, through April 1, 1920; extended through July 1, 1921, for veterans who had at least one day of service between April 6, 1917, and Nov. 11, 1918.

**World War II:** Dec. 7, 1941, through Dec. 31, 1946.

**Korean War:** June 27, 1950, through Jan. 31, 1955.

**Vietnam War:** Aug. 5, 1964 (Feb. 28, 1961, for veterans who served "in country" before Aug. 5, 1964), through May 7, 1975.

**Gulf War:** Aug. 2, 1990, through a date to be set by law or Presidential Proclamation.