UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD AKINS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Civil Action No. 17-675 (BAH) <br><br> Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of the plaintiffs' Motion to Take Judicial Notice of Evidence in Related Prior Cases and For Entry of Default Judgment as to Liability and For Appointment of a Special Master to Assess Damages ("Motion as to Liability"), ECF No. 22, and Motion for Default Judgment as to Damages, ECF No. 25, the related legal memoranda in support thereof, the exhibits and declarations attached thereto, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the plaintiffs' Motions for Default Judgment as to Liability and for Default Judgment as to Damages are **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the part of the plaintiffs' Motion as to Liability asking the Court to Take Judicial Notice is **GRANTED**; and it is further

**ORDERED** that the part of the plaintiffs' Motion as to Liability asking the Court to Appoint a Special Master is **DENIED**; and it is further

1

**ORDERED** that the plaintiffs' Motions as to Liability and for Default Judgment as to Damages are **DENIED** with respect to plaintiff Christopher Galletto; and it is further

**ORDERED** that the plaintiffs' Motions as to Liability and for Default Judgment as to Damages are **GRANTED** with respect to all remaining plaintiffs, who the Court finds have established their "claims or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e); and it is further

**ORDERED** that the defendants the Islamic Republic of Iran and Islamic Revolutionary Guard Corps shall be jointly and severally liable for compensatory damages in the amount of $104,700,000, which shall be allocated in the following manner:

- Service member plaintiffs Todd Akins, George C. Anthony, Charles Blank, John Gaydos, Gregory Eric Leinenbach, Jerry Timothy Sasser, Frank David Sills III, Alan Jeffrey Wade, and Eric Dale Ziegler are each entitled to the sum of $5,000,000;

- Service member plaintiffs James Hurst, Nicholas L. MacKenzie, Jason Porter Remar, Matthew G. Spicer, and Tracy Matthew Winter are each entitled to the sum of $2,500,000;

- Service member plaintiff Thomas R. Lawrence is entitled to the sum of $1,500,000;

- Plaintiff spouses Linda Kay Blank, Barbara Gaydos, Joy Leinenbach, and Nancy Kilfoyle are each entitled to the sum of $4,000,000;

- Plaintiff spouse Cathy Eunha Kim Spicer-Lindsy is entitled to the sum of $2,000,000;

- Plaintiff spouse Robyn Elizabeth Lawrence is entitled to the sum of $1,200,000;

- Plaintiff parents Jerry Timothy Sasser, Sr., Deborah Homs, Bonnie C. Wade, Thomas H. Wade, Richard M. Williams are each entitled to the sum of $2,500,000;

- Plaintiff parent Angela Rose is entitled to the sum of $1,250,000;

- Plaintiff parents Kimi Lawrence and Bruce Russell Lawrence are each entitled to the sum of $750,000;

- Plaintiff children Nathan Blank, Ethan Gaydos, and Elizabeth Gaydos are each entitled to the sum of $1,500,000;

- Plaintiff child Christian William Spicer is entitled to the sum of $750,000;

- Plaintiff siblings Andrew P. Blank, Deborah Millraney, Michael Kevin Wade, and Kimberly Watters Sasser are each entitled to the sum of $1,250,000;

- Plaintiff sibling Christopher G. Spicer is entitled to the sum of $625,000;

- Plaintiff sibling Andrea Jo Grimson is entitled to the sum of $375,000; and it is further

**ORDERED** that the plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to the defendants; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: September 10, 2018

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
Chief Judge